1  Michael E. Dergosits (SBN 118206)
   Ted K. Joe (SBN 242589)
2  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone:  (415) 705-6377
4  Facsimile:    (415) 705-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  Attorneys for PENG TAN

7
                    UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 Peng Tan, an individual                    Civil Action No:  CV-07-6166

12 Plaintiff,                                  DECLINATION TO PROCEED BEFORE A
                                               MAGISTRATE JUDGE AND
13 v.                                          REQUEST FOR REASSIGNMENT TO A
                                               UNITED STATES DISTRICT JUDGE
14 Integrated Silicon Solutions, Inc., a
   Delaware corporation; and, Winbond
15 Electronics Corporation, a Taiwanese
   corporation
16
   Defendants.
17

18       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19       The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21 this case to a United States District Judge.

22
   Dated: December 21, 2007                    DERGOSITS & NOAH LLP
23

24
                                      By:  _____/s/_____
25                                         Michael E. Dergosits
                                           Attorneys for Plaintiff PENG TAN
26

27

28
   _____
   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
   TO A UNITED STATES DISTRICT JUDGE                                              1
   CASE NO.: C-07-6166

1

2

**CERTIFICATE OF SERVICE**

3

4         The undersigned hereby certifies that all counsel of record who are deemed to have consented

5     to electronic service are being served with a copy of this document via the Court's CM/ECF

6     system per Civil L. R. 5-6 on December 21, 2007.

7

8

9     Dated: December 21, 2007                DERGOSITS & NOAH LLP

10

11                                    By: _____/s/_____
                                            Michael E. Dergosits

12                                          Attorneys for Plaintiff PENG TAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE
CASE NO.: C-07-6166                                                                2