1  Michael E. Dergosits (SBN 118206)
   Ted K. Joe (SBN 242589)
2  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone: (415) 705-6377
4  Facsimile:  (415) 705-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  Attorneys for PENG TAN

7                UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10

11 Peng Tan, an individual                  Civil Action No: CV-07-6166

12 Plaintiff,                               PROOF OF SERVICE OF
                                            SUMMONS AND COMPLAINT ON
13 v.                                       DEFENDANT INTEGRATED SILICON
                                            SOLUTIONS, INC.
14 Integrated Silicon Solutions, Inc., a
   Delaware corporation; and, Winbond
15 Electronics Corporation, a Taiwanese
   corporation
16
   Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO.: C-07-6166

| Attorney or Party without Attorney:<br>Michael E. Dergosits (CSB# 118206)<br>DERGOSITS & NOAH LLP<br>Four Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Attorney for: Plaintiff Peng Tan | Telephone<br>(415) 705-6377 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Peng Tan v. Integrated Silicon Solutions, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CV 07 6166 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Integrated Silicon Solutions, Inc.
   b. Person Served: Paula Zebrowski, Senior Corporate Controller, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: January 2, 2008
   (2) TIME: 1:40pm
   (3) ADDRESS: Integrated Silicon Solutions, Inc.
                1940 Zanker Road
                San Jose, CA 95112

4. I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. Mailed from San Francisco, California on January 3, 2008.

4. Witness fees were not demanded or paid.

Fee for Service: $195.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco   Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: January 3, 2008   Signature: 

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 07 6166 JCS

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR PATENT INFRINGEMENT;
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
5. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
6. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
8. STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE JOSEPH C. SPERO;
9. ECF REGISTRATION INFORMATION HANDOUT;
10. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
11. UNITED STATES DISTRICT COURT FILING GUIDELINES;
12. DROP BOX FILING PROCEEDURES;
13. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, FILED 12/21/07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on January 4, 2008.

Dated: January 4, 2008                    DERGOSITS & NOAH LLP


By: _____/s/_____
Michael E. Dergosits
Attorneys for Plaintiff PENG TAN