1  Michael E. Dergosits (SBN 118206)
   Ted K. Joe (SBN 242589)
2  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone:  (415) 705-6377
4  Facsimile:    (415) 705-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  Attorneys for PENG TAN

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11  Peng Tan, an individual          Civil Action No:  CV-07-6166

12  Plaintiff,                       PROOF OF SERVICE OF
                                     SUMMONS AND COMPLAINT ON
13  v.                               DEFENDANT WINBOND ELECTRONICS
                                     CORPORATION
14  Integrated Silicon Solutions, Inc., a
    Delaware corporation; and, Winbond
15  Electronics Corporation, a Taiwanese
    corporation
16
17  Defendants.

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO.: C-07-6166

| Attorney or Party without Attorney:<br>Michael E. Dergosits  (CSB# 118206)<br>DERGOSITS & NOAH LLP<br>Four Embarcadero Center, Suite 1450<br>San Francisco, CA  94111<br>Attorney for: Plaintiff Peng Tan | Telephone<br>(415) 705-6377 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Peng Tan v. Integrated Silicon Solutions, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CV 07 6166 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Winond Electronics Corporation
   b. Person Served: Jenny Chiang, Legal Department, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: January 2, 2008
   (2) TIME: 1:40pm
   (3) ADDRESS: Winond Electronics Corporation
              2727 North First Street
              San Jose, CA  95134

4. I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left.  Mailed from San Francisco, California on January 3, 2008.

4. Witness fees were not demanded or paid.

Fee for Service: $70.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco   Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA  94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: January 3, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 07 6166 JCS

1.  SUMMONS IN A CIVIL CASE;
2.  COMPLAINT FOR PATENT INFRINGEMENT;
3.  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES;
4.  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE
JUDGE FOR TRIAL;
5.  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
[BLANK];
6.  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
[BLANK];
7.  STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA;
8.  STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE JOSEPH C.
SPERO;
9.  ECF REGISTRATION INFORMATION HANDOUT;
10. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
11. UNITED STATES DISTRICT COURT FILING GUIDELINES;
12. DROP BOX FILING PROCEEDURES;
13. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE,
FILED 12/21/07

1
2
## CERTIFICATE OF SERVICE

3
4      The undersigned hereby certifies that all counsel of record who are deemed to have consented
5
6  to electronic service are being served with a copy of this document via the Court's CM/ECF
7  system per Civil L. R. 5-6 on January 4, 2008.
8
9  Dated: January 4, 2008                    DERGOSITS & NOAH LLP
10
11                                  By: _____/s/_____
12                                       Michael E. Dergosits
                                         Attorneys for Plaintiff PENG TAN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28