David C. Hsia, State Bar No. 197391
Carmen C. Cook, State Bar No. 197708
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481

Attorneys for Defendant
Integrated Silicon Solution, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Peng Tan, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Integrated Silicon Solution, Inc., a Delaware corporation; and, Winbond Electronics Corporation, a Taiwanese corporation<br><br>Defendants. | Case No.: C 07-06166 WHA<br><br>**STIPULATION REGARDING TIME FOR DEFENDANT INTEGRATED SILICON SOLUTION, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil L.R. 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, it is hereby stipulated by and between plaintiff Peng Tan and defendant Integrated Silicon Solution, Inc. ("ISSI"), through their respective counsel, that ISSI shall have until January 31, 2008, to answer or otherwise respond to the Complaint in this action.

No prior extension has been granted in this case.

_____
Michael E. Dergosits
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415)705-6377
Facsimile: (415)705-6383

Attorney for Plaintiff
Peng Tan

_____
David C. Hsia, State Bar No. 197391
Carmen C. Cook, State Bar No. 197708
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481

Attorneys for Defendant
Integrated Silicon Solution, Inc.

1  David C. Hsia, State Bar No. 197391
   Carmen C. Cook, State Bar No. 197708
2  Patent Law Group LLP
   2635 N. First Street, Suite 223
3  San Jose, California 95134
   Telephone: (408) 382-0480
4  Facsimile: (408) 382-0481

5  Attorneys for Defendant
   Integrated Silicon Solution, Inc.
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9
   Peng Tan, an individual              )  Case No.: C 07-06166 WHA
10                                      )
                Plaintiff,              )
11                                      )  STIPULATION REGARDING TIME FOR
          vs.                           )  DEFENDANT INTEGRATED SILICON
12                                      )  SOLUTION, INC. TO ANSWER OR
   Integrated Silicon Solution, Inc., a Delaware ) OTHERWISE RESPOND TO THE
13 corporation; and, Winbond Electronics )  COMPLAINT
   Corporation, a Taiwanese corporation )
14                                      )
                                        )
15              Defendants.             )
                                        )
16 ─────────────────────────────────────
          Pursuant to Civil L.R. 6-1(a) of the Local Rules for the United States District Court for the
17
   Northern District of California, it is hereby stipulated by and between plaintiff Peng Tan and
18
   defendant Integrated Silicon Solution, Inc. ("ISSI"), through their respective counsel, that ISSI shall
19
   have until January 31, 2008, to answer or otherwise respond to the Complaint in this action.
20
          No prior extension has been granted in this case.
21

22 /s/ Michael Dergosits

23 Michael E. Dergosits                    David C. Hsia, State Bar No. 197391
   Dergosits & Noah LLP                    Carmen C. Cook, State Bar No. 197708
24 Four Embarcadero Center, Suite 1450     Patent Law Group LLP
   San Francisco, California 94111         2635 N. First Street, Suite 223
25 Telephone: (415)705-6377                 San Jose, California 95134
   Facsimile: (415)705-6383                 Telephone: (408) 382-0480
26                                          Facsimile: (408) 382-0481
   Attorney for Plaintiff
27 Peng Tan                                 Attorneys for Defendant
                                            Integrated Silicon Solution, Inc.
28

DEFENDANT ISSI's Answer – Case No. C 07-06166 WHA                                            1

Case Name: Peng Tan v. Integrated Silicon Solution, Inc., et al.
Case No. C 07-06166 WHA

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2635 N. First Street, Suite 223, San Jose, California 95134. On January 31, 2008, I served the following document(s):

**STIPULATION REGARDING TIME FOR DEFENDANT INTEGRATED SILICON SOLUTION, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

☐ I caused a copy of the document(s) listed above to be personally served to the person(s) at the address(es) set forth below.

☐ I caused a copy of the document(s) listed above to be transmitted during regular business hours using a facsimile machine that complies with California Rules of Court Rule 2003, and the transmission was reported as complete and without error. Pursuant to California Rules of Court 2006(d) a copy of the transmission report, properly issued by the transmitting machine, is attached to this declaration. The names and facsimile numbers of the person(s) served are as set forth below.

☐ By depositing a true copy of the document(s) listed above, with delivery fees provided for, in a Federal Express pick-up box or office designated for overnight delivery, and addressed as set forth below.

☒ By placing a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the company's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service, on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

Michael E. Dergosits
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415)705-6377
Facsimile: (415)705-6383

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 31, 2008, at San Jose, California.

*Linda Richardson*
Linda Richardson