Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Craig Alan Hansen (Cal. Bar No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
        abismonte@beckross.com
        rfinley@beckross.com
        chansen@beckross.com


David C. Hsia, State Bar No. 197391
Carmen C. Cook, State Bar No. 197708
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, an individual, | **Case No. CV 07-6166 WHA** |
| Plaintiff, | **NOTICE OF APPEARANCE OF LEAD COUNSEL FOR INTEGRATED SILICON SOLUTIONS, INC.** |
| v. | |
| INTEGRATED SILICON SOLUTIONS, INC., a Delaware Corporation; and, WINBOND ELECTRONICS CORPORATION, a Taiwanese Corporation, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that the law firm of Beck, Ross, Bismonte & Finley, LLP ("Beck Ross") now appears as lead counsel of record in this action for defendant and cross-claimant Integrated Silicon Solution, Inc. ("ISSI"). The law firm of Patent Law Group LLP shall remain associated as co-counsel for ISSI. All notices directed to ISSI in this matter may be sent to Beck Ross.

Dated: February 7, 2008                    Beck, Ross, Bismonte & Finley, LLP


By:    /s/ Craig Alan Hansen
      Justin T. Beck
      Alfredo A. Bismonte
      Ron C. Finley
      Craig Alan Hansen
      Attorneys for the Defendant and Cross Claimant
      Integrated Silicon Solutions, Inc.