Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Craig Alan Hansen (Cal. Bar No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       rfinley@beckross.com
       chansen@beckross.com

David C. Hsia, State Bar No. 197391
Carmen C. Cook, State Bar No. 197708
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRATED SILICON SOLUTIONS, INC., a Delaware Corporation; and, WINBOND ELECTRONICS CORPORATION, a Taiwanese Corporation,<br><br>　　　　Defendants. | **Case No. CV 07-6166 WHA**<br><br>**INTEGRATED SILICON SOLUTION, INC.'S CERTIFICATION OF NON—PARTY INTERESTED ENTITIES OR PERSONS** |

Cert. of Interested Persons
Case No. CV 07-6166　　　　　　　　　　1

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the named parties, Integrated Silicon Solution, Inc. is unaware of any such interest to report.

Dated: February 21, 2008          Beck, Ross, Bismonte & Finley, LLP


By: ___/s/ Alfredo A. Bismonte_____
    Justin T. Beck
    Alfredo A. Bismonte
    Ron C. Finley
    Craig Alan Hansen
    Attorneys for the Defendant and Cross Claimant
    Integrated Silicon Solutions, Inc.