UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENG TAN

        Plaintiff(s),

v.

INTEGRATED SILICON SOLUTION, INC

        Defendant(s).

Case No. 07-06166 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/20/08

        Peng Tan (Peng Tan)
        [Party]

Dated: 2/22/2008

        [Counsel]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on February 22, 2008.

Dated: February 22, 2008      DERGOSITS & NOAH LLP

By:  _____/s/_____
Michael E. Dergosits
Attorneys for PENG TAN