UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENG TAN

                Plaintiff(s),

             v.

INTEGRATED SILICON SOLUTION, INC;
and WINBOND ELECTRONICS
CORPORATION

                Defendant(s).
_____/

CASE NO. 07-06166 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael E. Dergosits, Esq. | Plaintiff | (415) 705-6381 | mdergosits@dergnoah.com |
| Alfredo A. Bismonte, Esq. | Defendant, ISSI | (408) 938-7900 | abismonte@beckross.com |
| No Appearance Yet | Defendant, Winbond | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 02/26/08

                                                        /s/ [signature]
                                                        Attorney for Plaintiff

Dated: 02/26/08

                                                        /s/ Alfredo Bismonte
                                                        Attorney for Defendant

Rev 1.05