UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-06166 WHA

**Case Title**: PENG TAN v.  INTEGRATED SILICON SOLUTIONS, et al.

**Appearances:**

      For Plaintiff(s): Michael Dergosits

      For Defendant(s): Justin Beck, Alfredo Bismonte

**Deputy Clerk**:  Rowena B. Espinosa           **Court Reporter**: Kathy Wyatt

### *PROCEEDINGS*

1.  Case Management Conference - held

MOTION/MATTER: ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    ( ) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   (X) Court

### *SUMMARY*

- Initial disclosures due by 03/14/08; Claim Construction Hrg. set for 08/06/08 at 1:30 PM; Tutorial set for 07/16/08 at 1:30 PM; summary judgment motions by 12/18/08; Pretrial Conference set for 02/23/09; Trial set for 03/09/09.
- This matter is referred to mediation to be completed within 90 days.  The Court will assign a magistrate for settlement if mediation is not successful.

Cc: ADR