1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  **DERGOSITS & NOAH LLP**
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone:  (415) 705-6377
4  Facsimile:   (415) 705-6383
   email: mdergosits@dergnoah.com
5  email: tjoe@dergnoah.com

6  Attorneys for PENG TAN

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PENG TAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SILICON SOLUTION, INC., a Delaware corporation; and WINBOND ELECTRONICS CORPORATION, a Taiwanese corporation<br><br>Defendants. | Civil Action No:  C 07-06166 WHA<br>and possible related case 99-cv-05228 MMC<br><br>**PLAINTIFF PENG TAN'S STATEMENT OF NON-OPPOSITION TO DEFENDANT INTEGRATED SILICON SOLUTION, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Plaintiff Peng Tan ("Tan") through his counsel, as directed by Judge Alsup and pursuant to Civil Local Rules 3-12 and 7-11, hereby makes this Statement of Non-Opposition to Defendant and cross-claimant Integrated Silicon Solution, Inc.'s ("ISSI") Administrative Motion to Consider Whether Cases Should be Related.

ISSI has recently learned that the case entitled *Tan v. Integrated Silicon Solutions, Inc.*, Northern District of California Case No. CV 07 6166 WHA, currently before the Hon. William H. Alsup (the "Tan Action"), involves the same plaintiff and the same patent (US Patent No.

1  4,682,857) (the '857 Patent) as a separate case before the Hon. Maxine M. Chesney entitled *Tan*
2  *v. Advanced Micro Devices, Inc.*, Northern District of California Case No. 99-cv-05227 MMC
3  (the "AMD Action").  The AMD action concluded in 2001.  In the Tan Action, ISSI filed an
4  Administrative Motion to Consider Whether Cases Should be Related on March 11, 2008 (D.I.
5  No. 58).

6        In ISSI's motion, ISSI stated that it did not believe that it would be an unduly burdensome
7  duplication of labor and expense or that it would confer conflicting results if the Tan Action and
8  the AMD Action are handled as separate matters before separate judges.  Further, ISSI stated that
9  it does not appear that these two actions should be deemed "related" under Civil Local Rule 3-
10 12(a).  Plaintiff Peng Tan agrees with ISSI's position, and does not believe these actions should
11 be deemed "related."

13 Dated: March 13, 2008                                    DERGOSITS & NOAH LLP

15                                        By:        /s/
                                              Michael E. Dergosits
16                                            Attorneys for PENG TAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on March 13, 2008.

Dated: March 13, 2008                    DERGOSITS & NOAH LLP

                              By:            /s/
                                   Michael E. Dergosits
                                   Attorneys for PENG TAN