1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  **DERGOSITS & NOAH LLP**
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 750-6383
   Email: mdergosits@dergnoah.com
5         tjoe@dergnoah.com

6  Attorneys for Plaintiff Peng Tan

7  Justin T. Beck (State Bar No. 531138)
   Alfredo A. Bismonte (State Bar No. 136154)
8  Ron C. Finley (State Bar No. 200549)
   Craig Alan Hansen (State Bar No. 209622)
9  **Beck, Ross, Bismonte & Finley LLP**
   50 West San Fernando Street, Suite 1300
10 San Jose, CA 95113
   Tel: (408) 938-7900
11 Fax: (408) 938-0790
   Email: jbeck@beckross.com
12        abismonte@beckross.com
          rfinley@beckross.com
13        chanson@beckross.com

14 Attorneys for Defendant
   Integrated Silicon Solution, Inc.
15

16
17                    UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION

20 PENG TAN, an individual             Civil Action No: C 07-06166 WHA

21 Plaintiff,                          STIPULATION AND [PROPOSED]
                                       ORDER REGARDING CLAIM
22 v.                                  CONSTRUCTION

23 INTEGRATED SILICON SOLUTIONS,
   INC., a Delaware corporation; WINBOND
24 ELECTRONICS CORPORATION, a
   Taiwanese corporation; and, WINBOND
25 ELECTRONICS CORPORATION
   AMERICA, a California corporation
26
27 Defendants.

28

1   Pursuant to Case Management Order and Reference To ADR Unit for Mediation, (Docket
2   Item No. 24) Plaintiff Peng Tan ("Tan") and Defendant Integrated Silicon Solution, Inc. ("ISSI"),
3   through their respective counsel, have met and conferred regarding a briefing schedule leading up
4   to the Claim Construction Hearing set for August 6, 2008 at 1:30 pm.  Plaintiff Tan and
5   Defendant ISSI, through their respective counsel thus hereby stipulate and request that the Court
6   enter an order establishing the briefing schedule in preparation for the Claim Construction
7   Hearing set for August 6, 2008 at 1:30 pm.

9   The proposed briefing schedule is as follows:

| | |
|---|---|
| Plaintiff to Provide a "Disclosure of Asserted Claims and Preliminary Infringement Contentions" | Was March 20, 2008 |
| Defendant to Provide Preliminary Invalidity Contentions | April 17, 2008 |
| Parties Exchange "Proposed Terms and Claim Elements for Construction" | April 24, 2008 |
| Parties Exchange respective "Preliminary Claim Constructions", including extrinsic evidence | May 5, 2008 |
| Deadline to file Joint Claim Construction and Prehearing Statement | May 28, 2008 |
| Deadline to Compete Claim Construction Discovery | June 11, 2008 |
| Deadline for Plaintiff to File Opening Claim Construction Brief | June 18, 2008 |
| Deadline for Defendant to File Claim Construction Opposition Brief | July 2, 2008 |
| Deadline for Plaintiff to File Claim Construction Reply Brief | July 9, 2008 |
| Tutorial for Court (Attorneys Only) | July 16, 2008 at 1:30 P.M. |

| Claim Construction Hearing | August 6, 2008 at 1:30 P.M. |
|---|---|

1
2
3
      IT IS SO STIPULATED.
4
5
Dated: March 21, 2008                **DERGOSITS & NOAH LLP**

/s/
By: Michael E. Dergosits
    Attorneys for Plaintiff.

Dated: March 21, 2008                **BECK, ROSS, BISMONTE & FINLEY LLP**

/s/
By: Justin T. Beck
    Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March___, 2008

                                      THE HONORABLE WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT COURT JUDGE