1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  **DERGOSITS & NOAH LLP**
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 750-6383
   Email: mdergosits@dergnoah.com
5         tjoe@dergnoah.com

6  Attorneys for Plaintiff Peng Tan

7  Justin T. Beck (State Bar No. 531138)
   Alfredo A. Bismonte (State Bar No. 136154)
8  Ron C. Finley (State Bar No. 200549)
   Craig Alan Hansen (State Bar No. 209622)
9  **Beck, Ross, Bismonte & Finley LLP**
   50 West San Fernando Street, Suite 1300
10 San Jose, CA 95113
   Tel: (408) 938-7900
11 Fax: (408) 938-0790
   Email: jbeck@beckross.com
12        abismonte@beckross.com
          rfinley@beckross.com
13        chanson@beckross.com

14 Attorneys for Defendant
   Integrated Silicon Solution, Inc.
15

16

UNITED STATES DISTRICT COURT

17

FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

SAN FRANCISCO DIVISION

19

20 | PENG TAN, an individual | Civil Action No: C 07-06166 WHA
21 | Plaintiff, | STIPULATION AND [PROPOSED]
22 | v. | ORDER REGARDING CLAIM CONSTRUCTION
23 | INTEGRATED SILICON SOLUTIONS, INC., a Delaware corporation; WINBOND ELECTRONICS CORPORATION, a Taiwanese corporation; and, WINBOND ELECTRONICS CORPORATION AMERICA, a California corporation |
27 | Defendants. |

28

STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION
CASE NO.: C 07-06166 WHA                                                                   1

1  Pursuant to Case Management Order and Reference To ADR Unit for Mediation, (Docket
2  Item No. 24) Plaintiff Peng Tan ("Tan") and Defendant Integrated Silicon Solution, Inc. ("ISSI"),
3  through their respective counsel, have met and conferred regarding a briefing schedule leading up
4  to the Claim Construction Hearing set for August 6, 2008 at 1:30 pm. Plaintiff Tan and
5  Defendant ISSI, through their respective counsel thus hereby stipulate and request that the Court
6  enter an order establishing the briefing schedule in preparation for the Claim Construction
7  Hearing set for August 6, 2008 at 1:30 pm.

9  The proposed briefing schedule is as follows:

| | |
|---|---|
| Plaintiff to Provide a "Disclosure of Asserted Claims and Preliminary Infringement Contentions" | Was March 20, 2008 |
| Defendant to Provide Preliminary Invalidity Contentions | April 17, 2008 |
| Parties Exchange "Proposed Terms and Claim Elements for Construction" | April 24, 2008 |
| Parties Exchange respective "Preliminary Claim Constructions", including extrinsic evidence | May 5, 2008 |
| Deadline to file Joint Claim Construction and Prehearing Statement | May 28, 2008 |
| Deadline to Compete Claim Construction Discovery | June 11, 2008 |
| Deadline for Plaintiff to File Opening Claim Construction Brief | June 18, 2008 |
| Deadline for Defendant to File Claim Construction Opposition Brief | July 2, 2008 |
| Deadline for Plaintiff to File Claim Construction Reply Brief | July 9, 2008 |
| Tutorial for Court (Attorneys Only) | July 16, 2008 at 1:30 P.M. |

| Claim Construction Hearing | August 6, 2008 at 1:30 P.M. |
|---|---|

IT IS SO STIPULATED.

Dated: March 21, 2008

**DERGOSITS & NOAH LLP**

/s/
By: Michael E. Dergosits
Attorneys for Plaintiff.

Dated: March 21, 2008

**BECK, ROSS, BISMONTE & FINLEY LLP**

/s/
By: Justin T. Beck
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
Judge William Alsup

Dated: March 24, 2008

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE