Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       rfinley@beckross.com
       jduggan@beckross.com

David C. Hsia, (Cal. State Bar No. 197391)
Carmen C. Cook (Cal.. State Bar No. 197708)
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481
Email: david@patentlawgroup.com
       carmen@patentlawgroup.com

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENG TAN, an individual., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SILICON SOLUTIONS, INC. et. al. <br><br> Defendants. <br><br>——————————————— <br> AND RELATED COUNTERCLAIMS. | **Case No. C-07-06166 WHA** <br><br> **DECLARATION OF ALFREDO A. BISMONTE IN SUPPORT OF INTEGRATED SILICON SOLUTION, INC.'S MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY AND FOR LEAVE TO FILE A SUPPLEMENTAL ANSWER AND COUNTERCLAIM** <br><br> Date: May 29, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor <br><br> Honorable Judge Alsup |

I, Alfredo A. Bismonte, declare as follows:

1. I am a partner of the law firm of Beck, Ross, Bismonte & Finley, LLP, counsel of record for defendant and counterclaimant Integrated Silicon Solution, Inc. ("ISSI"). I am familiar with the documents in this case as well as the facts set forth below, and if called upon to testify about the matters set forth in this declaration, I could and would testify competently.

2. On April 2, 1985, Peng Tan filed an application with the USPTO for a patent which was eventually issued as United States Patent No. 4,682,857 (the "'857 Patent"). Attached as Exhibit A are excerpts of the '857 patent file wrapper which include the original specification of that patent application and bates stamped ISSI 00012-31 ("Original Application").

3. As part of that same patent prosecution, on March 9, 1987, Peng Tan filed an amendment request to the application of what became the '857 patent. Attached as Exhibit B are excepts of the '857 patent file wrapper (ISSI 00046-79) which include the March 9, 1987 amendment language ("1987 amendment").

4. Attached as Exhibit C is a true and correct copy of the issued '857 patent with portions highlighted to indicate substantive new matter inserted as part of the 1987 Amendment.

5. My office obtained from the records of the Northern District of California a Declaration of Frank Jung in Support of Plaintiff Peng Tan's Opposition to AMD's Motion For Summary Adjudication That Claim 11 of U.S. Patent No. 4,682,857 is Invalid, dated March 23, 2000 ("Jung Decl."). A true and correct copy of the Jung Decl. is attached as Exhibit D.

6. On March 20, 2008, Plaintiff served its initial statement of asserted claims and preliminary infringement contentions pursuant to Patent Local Rule 3-1. In that document Plaintiff asserts that claims 1 and 4-10 are infringed by ISSI and that claim 11 is conditionally infringed. A true and correct copy of this document, with attachments omitted, is attached as Exhibit E.

7. As part of a reexamination of the '857 patent, the Board of Patent Appeals and Interferences ("Board") reflected in the Board's March 28, 2007 Decision finding that claim 11 is invalid (the "March 28, 2007 Decision"). A true and correct copy of the March 28, 2007 Decision is attached as Exhibit F.

8. By a March 10, 2008 Decision on Request for Rehearing (the "March 10, 2008

1  Decision") the Board modified the March 28, 2007 Decision but still found claim 11 invalid. A
2  true and correct copy of the March 10, 2008 Decision is attached as Exhibit G.
3       9.    Attached is a copy of an article entitled "High Resolution Thermal Mapping of
4  Microcircuits Using Nematic Liquid Crystals" authored by G. Aszodi, J. Szabon, I. Janossy and V.
5  Szekely obtained from the USPTO reexamination history of the '857 patent ("Aszodi") and bates
6  labeled ISSI 01224-29. A true and correct copy of Aszodi is attached as Exhibit H.
7       10.    Attached as Exhibit I is a true and correct copy of the Proposed Supplemental
8  Answer and Counterclaim of Defendant Integrated Silicon Solution, Inc.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct. Executed on April 24, 2008 at San Jose, California

                /s/
        Alfredo A. Bismonte

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

BISMONTE DECL. IN SUPPORT OF ISSI'S MOTION    2
OF NON-INFRINGEMENT