# EXHIBIT A

718866

FORM PTO-1082

Case Docket No. _____

THE COMMISSIONER OF PATENTS AND TRADEMARKS    Date    3/20/85
Washington, D.C. 20231

Sir:
Transmitted herewith for filing is the patent application of
·Inventor: PENG TAN
For: PENG TAN

Enclosed are:
☐ 18 sheets of ☑ informal ☐ formal drawing(s) in triplicate.
☐ An assignment of the invention to _____
☐ A certified copy of an   Original _____ application.
☑ An associate power of attorney.
☑ I verified statement(s) to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
☐
☐
The filing fee has been calculated as shown below:

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|------|--------|--------|--|------|-----|----|------|-----|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 4 -20 = 0 | o | | o x5= | $ o | OR | x10= | $ |
| INDEP CLAIMS | 4 -3 = I | I | | I x15= | $ 15 | OR | x30= | $ |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENTED | | | | +50= | $ | OR | +100= | $ |
| | | | | TOTAL | $ 165 | OR | TOTAL | $ |

*If the difference in Col. 1 is less than zero, enter "0" in Col. 2

☐ Please charge my Deposit Account No. _____ the amount of $_____. A duplicate copy of this sheet is enclosed.
☑ A check in the amount of $ 165 to cover the filing fee is enclosed.
☐ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. _____. A duplicate copy of this sheet is enclosed.

    ☐ Any additional filing fees required under 37 CFR 1.16.
    ☐ Any patent application processing fees under 37 CFR 1.17.
    ☐
☐ The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application or credit any overpayment to Deposit Account No. _____. A duplicate copy of this sheet is enclosed.

    ☐ Any patent application processing fees under 37 CFR 1.17.
    ☐ The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311 (b).
    ☐ Any filing fees under 37 CFR 1.16 for presentation of extra claims.

    Respectfully submitted,

ISSI 00012



718866

"Express Mail" mailing label number B222677I9
Date of Deposit    April 2, 1985

I hereby certify that this paper or fee is being deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service under 37 CFR 1.10 on date indicated above
and is addressed to the Commissioner of Patents and Trade-
marks, Washington, D.C. 20231.

PENG TAN
(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

*[handwritten top margin:]* crystal | spot detection with infinitesi...    150.00 — 201 — A
temperature control    15.00 — 202

*[Mail Room stamp: APR 2 1985]*

## BACKGROUND OF THE INVENTION

718866

...e two distinct ways of using the liquid crystal
properties for *analyzing integrated circuits* ~~hot spot detection~~. These are:

(A) using the light scattering property of ~~the cholesteric~~ *cholesteric*

liquid crystal (see reference 3 & 4), and

B) the phase transition property of the liquid crystal (see

reference 1 & 2).

This invention uses the phase transition property of the

liquid crystal. Therefore, the discussion shall be limited

(to the phase) ~~transition type of the hot~~ *to the hot* spot detection method.

There are three kinds of liquid crystals: cholesteric,

nematic and smectic. Both the cholesteric and nematic liquid

crystal have been used for detecting hot spot (see **reference** 1 &

2). John Hiatt (see reference 1) reported that with a  cross

polarized light and a LC-127 cholesteric liquid crystal, he

obtained a spatial resolution of ten to twenty microns. Also, the

heating was not used, therefore the lowest *detectable* ~~detectable~~ power of

the hot spot is in the range of one hundred to two hundred

milliwatts.  E.M. Fleuren (see reference 2) reported the use of a

~~N-5,~~ *N5* nematic liquid crystal phase *to* ~~to~~ detect a hot spots. The

particular nematic liquid he used is called N5. He used a P.I.D.

control and achieved a constant temperature *of 13 degree celsius* ~~to 0.1degree~~

~~Centigrade~~ to a specified temperature. He could routinely detect

a hot spot of 100 microwatts or more, with the P.I.D. control.

However, by chance, if the liquid crystal's ambient temperature

happens to be much less than 0.1 degree ~~Centigrade~~ *celsius* (say a 0.005

degree ~~Centigrade~~ *celsius*) below the liquid crystal *phase* transition

*[handwritten/stamped at bottom:]* 04/08/85 718866    3 201    150.00 CK
04/08/85 718866    3 202    15.00 CK

1

ISSI 00014

temperature, he could detect a lower power hot spot. He managed

to detect a hot spot of 3.6 microwatts once.

For a liquid crystal hot spot detection method, the amount of

integrated circuit energy required to induce a liquid crystal

phase transition is proportional to the difference between the

liquid crystal phase transition temperature and the liquid

crystal film's temperature. Before this invention, the

temperature control process is to keep the liquid crystal

temperature constant. The disadvantage of the constant

temperature method was that there is no instrument that could

control a temperature infinitesimally close to a specified

temperature. Also, prior to this invention, the mode heating, mode was

either conductive (see reference 2) or no heating at all (see

reference 1). The liquid crystal film's temperature responds

slowly to the conductive heat transfer, because a large poor heat

conductor exists between the liquid crystal film and the

conductive heating system. The same large poor heat conductor

induces an uneven temperature profile on the liquid crystal film,

thus reducing the sensitivity of the liquid crystal hot spot

detection method.

The invention use a varying temperature control method. This

method enables the liquid crystal film's temperature to be

brought to infinitesimally close to the liquid crystal phase

transition temperature. Therefore, a hot spot with one or two

microwatts could be routinely detected. The sensitivity of this

invention was helped by using a pulsing input to the hot spot.

The difficulty arising from the inability to differentiate

between a voltage induced blinking and a hot spot induced

2

ISSI 00015

blinking was solved by ~~the invented varying temperature control method~~.

* Reference 1: John Hiatt, "A Method of Detecting Hot Spots
on Semiconductors using Liquid Crystals."
19th Annual Proceedingsof the IEEE Reliability
Physics Symposium, 1981, Pg. 130-133.

* Reference 2: E.M. Fleuren, "A very sensitive, simple analysis
technique using nematic liquid crystals," 21st
Annual Proceedingsof the IEEE Reliability
Physics Symposium, 1983, Pg. 148-149.

* Reference 3: J.L. Fergason, "Liquid crystals in
nondestructive testing," Applied Optics, Vol.7,
no.9, (sept. 1968, Pg. 1729-1737.

* Reference 4: G.D. Dixon, "Cholesteric liquid crystal in
nondestructive testing," Material Evaluation,
June 1977, Pg.51-55.

## SUMMARY OF THE INVENTION

~~Both the collimating~~of the radiative heating light source and
the direct overhead heating of the liquid crystal film have
helped the formation an even temperature profile  on the liquid
crystal film.  Both the rapid response of the heating filament
temperature  and the direct overhead heating have helped to
create a rapid temperature response from the liquid crystal film.
The method of turning on and then turning off the radiative
heating light source method allows the liquid crystal temperature

3

ISSI 00016

to rise beyond and then drop below the phase transition

temperatures of the liquid crystal. While the liquid crystal

temperature ~~rising~~ *rises* across a phase transition temperature, there

exists a limited length of time window when the liquid crystal

temperature is ~~arbitrary~~ *arbitrarily* close to the liquid crystal phase

transition temperature . During this limited length of time, an

infinitesimally small heat dissipation from the location in the

integrated ~~circuit in the~~ *circuit to the* liquid crystal film could induce a

localised phase transition in a liquid crystal film. In other

words, the turning on and then turning off the radiative heating

light process enables the temperature of the liquid crystal to be

brought within an ~~arbitrary~~ *arbitrarily* small range of a pre-specified

temperature, for a limited length of time window. For example,

with a carefully selected power level of the radiative heating

light, the liquid crystal temperature is brought to less than

0.001 ~~degree centigrades for~~ more than ~~a~~ few seconds.

*Ins A7* *Ins A8* Essentially, there is no limit ~~how close this invention can~~

control a temperature to within a specified temperature.

Therefore, in the application of this invention to the liquid

crystal hot spot detection method, the lowest wattage of a

detectable hot spot is not limited  by the ability to control the

*temperature of the liquid*
~~temperature the liquid~~ crystal film,  but by the width of the

temperature bands of the liquid crystal phase transition

temperatures. Prior to this invention, the lowest wattage of a

detectable hot spot was limited by the ability to control the

temperature of liquid crystal film.

One of the nematic liquid ~~crystal~~ *crystals* used for this invention is 4

cyano- 4' hexyl-biphenyl. It is sold by E.M. Chemical under the

4

ISSI 00017

trade name of K-18 nematic liquid crystal. I found it has a phase

~ *Transition temperatures*; transition temperatures. the temperature band width of each phase

~ *Transition* transitions is estimated to *be on the order of* be the order of 0.001 degree

~ *Celsius* centigrades. All the phase transitions lie within 28.5 and 30.0

~ degree *Celsius* centigrades. The exact temperature of each phase

transition is not measured, and is not important to this

invention. The K-18 nematic liquid crystal is not the only

~ chemical that *works* work well for this invention.

~ The selection of the *electrical* elctrical input power at 1.2 Hz and at 50%

duty cycle to the hot spot of the die or wafer produces the

optimal observable and differentiable hot spot blinking effect.

The process of turning the radiative heating light on and off

permits the ambient temperature of the liquid crystal to vary

with the time.  Below the phase transition temperature of the

liquid crystal, the size of the hot spot induced blinking

increases as the ambient temperature increases, but the size of

the voltage induced blinking does not respond to ambient

~ temperature changes. *The invented process of* The process turning on and then off the

radiative heating provides a means to differentiate the hot spot

induced blinking from a voltage induced blinking.

*Cno a 9*

BRIEF DESCRIPTION OF THE DRAWING

Figure 1 shows the set-up of the invention.

~ *Figure 2 shows the temperature of the liquid crystal light and the heating up time*

DETAILED DESCRIPTION OF THE INVENTION

Use a signal generator to generate a low frequency signal 1.

~ (refer to figures 1     and 2). *The frequency of signal 1* The signal frequency 1 is 60 hertz

or lower. The preferred signal frequency  of signal 1 is around

1.2 Hz. The advantages of 1.2 Hz are (a) 1.2 Hz is slow enough

ISSI 00018

for visual observation; (b) 1.2 Hz is very ~~close to human heart~~ *close to the human heart*

beat rate; therefore ~~human~~ *humans* can easily identify a 1.2 Hz when

encountered; and (c) 1.2 Hz is fast enough to form enough

number of optical observation phase changes during a short "time

window", in which only during the time window ~~the phase~~ *the hot spot induced blinking is visible* ~~transition is possible.~~

*Ins a 10* ~~The signal frequency cannot be higher than 60 Hz, for which~~

human eyes cannot see an optical image change with a frequency

higher than 60 Hz. The signal 1 is used to control a switch. The

*Ins a 11* switch can be either a relay or a solid ~~state switch. The switch~~

~~2~~ can be either an on/off switch or a variable switch. The on/off

relay switch is the preferred switch, because the relay switch

has no leakage current. The time lengths of the "on" mode and

"off" mode of the *relay switch 2 is* ~~relay switch are~~ controlled by the wave form,

the duty cycle, and the frequency of the signal 1. Any "on" and

"off" mode time lengths would enable the invention to function.

The pattern of the preferred "on" and "off" time lengths is:(a)

the "on" time length and the "off" time length are equal, (b)

the "on" time length and the "off" time *lengths are each equal* ~~length each equal~~ *to* 0.6

seconds. An equal time length produces a maximum

*Ins a 12* resolution for observing ~~the phase transition, at a given signal~~

frequency. The 0.6 seconds time length is chosen because the

*hot spot induced blinking is slow* ~~phase transition is slow~~ enough for human eyes to observe, yet

fast enough to generate enough number of observable (phase)

transitions during the short time window. *hot spot induced blinking during*

The relay switch 2 is used to chop the D.C. 9 square wave

voltage 3 of 1.2 Hz and 50% duty cycle. The square wave voltage 3

is the input to the device under test 4, which is the die 17 or

6

ISSI 00019

wafer 40 under test. The whole surface of the device under test
has been spread with an even and thin ~~layer~~ *film* of nematic liquid
crystal. The thickness of the liquid ~~crystal layer~~ *crystal film 28* is adjusted
to within a specific working range. The thickness adjustment and
the thickness determination procedures consist of the following 3
steps:

Step T1: Adjust the light analyser 8 and the light polarizer
16 such that they optically cross polarized.

Step T2: Allow the liquid crystal to cool down below its
phase transition temperatures.

Step T3: View the liquid *crystal film 28 on* ~~crystal thin film on~~ the device
under test 4 from the viewing position 12, through the microscope
15. If the liquid crystal thickness is too thin *or there is no liquid* ~~or no liquid~~
crystal at all, the die surface and the liquid crystal would look
very dark. Use syringe to spread more nematic ~~liquid onto~~ *liquid crystal onto* the die
surface, and, use a sharp tipped paper corner to even out the
nematic ~~liquid crystal. If the nematic liquid crystal film is~~
transparent but not showing any rainbow color, the nematic liquid
crystal *film 28 is too thick, use a* ~~film is too thick. Use a~~ sharp corner paper to absorb the
extra nematic liquid crystal. *When the nematic liquid crystal film 28* ~~When the nematic liquid crystal~~
thickness reached the optimal working range, the nematic liquid
*crystal film 28 would* ~~crystal film would~~ look very colorful and transparent. The
optimal thickness of the nematics liquid crystal varies from one
chemical to another. For the k-18 nematic liquid crystal , the
optimal thickness is estimated to be in the range of a tenth of a
mil.

A heat absorber 10 is placed on the path of the microscope

7

ISSI 00020

illuminating light⅃. The cool light source 20 would have minimum
interference on the liquid crystal temperature.

The heating system consists of two power supplies. The D.C
power supply is preferred over A.C. *because* ~~because a D.C. give a steady~~ *D.C. gives a steady*
voltage reading. Each of these power supplies has a variable
power control, an on-off switch, a digital voltmeter in series,
and one or more light bulbs in parallel. The preferred light
bulbs are those with a co-planar filament. A co-planar filament
is a requirement for an even heating light. The power supply 5
has a maximum output of around 50 watts; it is for coarse
temperature control . The power supply 18 is for fine temperature
control; it has a wattage of about a factor of 100 to 1000 lower
than power supply 5. The dual switch 23 is capable of turning on
or off both power supplies 5 and 18 concurrently. The heating
lights 7, 24, 25 and 26 each    has a co-planar filament and an
objective lens. *lns a is* ~~The~~ lenses are adjusted *to form even and well*
~~to form an even and well~~
collimated light beams. The beams are incident at an angle about
45 degrees from the axis vertical to the surface of the device
under test 4. The preferred configuration is the heating lights 7
and 25 facing *each other title* ~~each other; and the~~ heating lights 24 and 26 are
also facing each other. This configuration will cancel the
effects of the optical dispersion and the geometrical
*attenuation ; these effects exist* ~~attenuation; in which effect exists~~ in a single heating light
design.

To operate the system, the following steps are taken:

Step S1: Adjust the curve 14 *tracer* to a desired power level. Turn
on the on/off switch 27. Turn on the signal generator 13.

Step S2: Cross polarize the light analyser 8 and the light

8

polarizer 16.

Step S3: Collimate the heating lights 7, 24, 25, and 26. ~~24, 25, and 26~~

Step S4: Place the device under test 4 on the microscope stage
29. Use a syringe to spread a layer of nematic liquid ~~crystal on~~ crystal film 28 on
the surface of the device under test 4. Use a cut paper    to
adjust the thickness as well as to even out the nematic liquid
crystal film ~~layer~~ 28 while viewing the nematic liquid crystal ~~layer~~ film.
28 through viewing position 12. The nematic liquid crystal ~~layer~~ film
28 will be at an optimal thickness ~~be in an optimal thickness~~ when the nematic liquid
crystal film 28 ~~crystal 28~~ shows a transparent and rainbow color all over the
surface of the device under test 4

Step S4: Adjust the power supply 5 till the  solid state
temperature sensor 21 reads a temperature of about 0.2 degree
Celsius ~~centigrade~~ below the phase transition temperature 32. Allow 10
minutes for the nematic liquid crystal film ~~layer~~ 28 and die 17 to
reach their equalibrium temperatures. Then select a setting for
the power supply 18. Turn on the heating light switch 22. Time
the length of time  required for the nematic liquid crystal film ~~layer~~
28 to cross the phase transition temperature 32. The longer the
length of time 35, the more sensitive us this ~~more sensitive of this~~ invention in
detecting a low wattage hot spot. I found that if the length of
time 35 was ~~35 were~~ 10 minutes, a 10 microwatts of pointed source hot
spot could be located. If the length of time 35 was ~~35 were~~ 15 minutes,
a 2 microwatts of pointed source hot spot could be located.
However, further ~~however, further~~ increase in the length of time 35  beyond 20
minutes would not further improve the sensitivity of this
invention. At this temperature changing rate, the most limiting

9

ISSI 00022

factor is the temperature band widths of the phase transition temperatures 32,136 and 37. For K-18 nematic liquid crystal, each is estimated to be in the order of 0.001 degree Celsius.

Considering all the heat transfer properties of a typical integrated circuit and the K-18 nematic liquid crystal, the lowest detectable wattage of a hot spot is in the order of 1 microwatt.

After the desired power level setting of the power supply 18 is selected, turn off the heating light switch 22.

Step S5: Turn on the on-off switch 27 to allow the square wave voltage 3 to be input to the device under test 4. If the input voltage was high enough ( about 2 volts  for K-18 nematics liquid crystal) , the pulsing square wave voltage 3 would induce a cyclic light disturbance in the nematic liquid crystal layer 28. This cyclic disturbance will show up as a blinking appearance when viewed through the viewing position 12. The  blinking is actually a combination of cyclic changes in transparency, brightness and colors. If the input wattage was high enough to induce a cyclic localized phase transition, the appearance of this cyclic phase transition is very similar to pulsing voltage induced blinking effect. I shall discuss in step S6 how to differentiate the two kinds of blinkings.

If the voltage was lower than 2 volts, and if the input wattage was high enough (typically in the order of 500 microwatts) ,only the localized cyclic phase transition alone would appear as a blinking spot. If the localized phase transition does not show up at 2 volts, additional heating (described in step S6) is required.

10

Step S6: Turn on the heating light switch 4. Allow the ambient temperature of the nematic liquid crystal film 28 to continue to rise. As the temperature continues to rise, the blinking spot induced by the localized phase transition will increase in size, or from nothing to an enlarging blinking spot. For the voltage induced blinking, the change of temperature change has hardly any effect on the blinking spot size, as long as the liquid crystal temperature is below the phase transition temperature 32. Those hot spots with higher power dissipation are the first to show up as hot spot induced blinkings. Those lower power dissipating hot spots are the last to show the blinking appearance. If the hot spot was at 2 microwatts, it would only show up for a few seconds, at just before the temperature of the nematic liquid crystal film 28 rises beyond the phase transition temperature 37. At any temperature higher than the phase transition temperature 37, both the voltage and hot spot induced blinkings blink; also, the nematic liquid crystal film 28 becomes opaque and dark. This particular property is used to determine whether the temperature of the liquid crystal film 28 is below or beyond the  phase transition temperature 37.

Step S6 can be repeated by turning off the light heating switch 22 to allow the ambient temperature of the nematic liquid crystal film 28 to drop below the phase transition temperature 32. Then repeat step S6 from the beginning.

For a typical pointed source hot spot of a typical integrated circuit (for example, a filament type of short in the diode of a input pad of a DL 2416 integrated circuit), this method has been shown

11

ISSI 00024

to be able to locate the center of the hot spot within 0.3

microns.

### CLAIMS

What I claim as new and desire to secure by Letters Patent of

the United States are:

X. A radiative heatig' system for adjusting the temperature of

the liquid crystal film on the surface of the die of an

integrated circuit, which the said radiative heating system

comprises:

one or more power supplies;

one or more  light bulb type of heating  filaments; each is

connected to one of the said power supplies, each of the said

heating filaments has a co-planar filament;

an optical lens for each of the said heating filaments;

means for collimating the heat radiation from each of the

said heating filaments;

means for directing the said heat radiation to heat up the

said liquid crystal film from the top surface of the said liquid

crystal film;

a digital voltmeter for each said power supply; means for

measuring the output power of each of the said power supplies;

an on/off switch for each of the said power supply; means for

turning on or turning off the said power supply; and

a variable power level controller; means for varying the

output power of the said heating filaments;

the said heating filaments are arranged symmetrically around

the vertical axis of the said die whenever more than one filament

12

is used, and each of the directions of the said heat radiations is making approximately 45 degree angle with the said  vertical axis.

7. A method of controlling the temperature of the liquid crystal film on the die of an integrated circuit subjected to a hot spot detection test, which comprises:

step 1; adjusting the setting of the variable power level controller of a  said power supply to a power level;

such that the    temperature of the said liquid crystal film would be heated to beyond  one of the phase transition temperatures of the said liquid crystal film;

such that the said temperature of the said liquid crystal film would be increasing very slowly at the temperature just below the said phase transition temperature;

such that the temperature of the said liquid crystal film is brought within an arbitrary small temperature range just below a said phase transition temperature for a limited length of time; and;

step 2; adjusting the setting of the said variable power level controller until the said limited length of time is long enough;

such that the periodic phase transition process of the said liquid crystal film is slow enough for human to detect the periodic phase transitions.

8. A method of controlling the temperature of an object to an arbitrary close to a specified temperature range for a limited length of time; which comprises:

adjusting the  heating up rate of  the said object with a

13

ISSI 00026

sufficient amount of energy;

such that the temperature of the said object would be within the said temperature range for a said limited length of time ; and

such that the said limited length of time met a required length of mission time.

9. A process of identifying a hot spot in a liquid crystal hot spot detection test; which comprises:

step 1; spreading

4 CYANO-4' HEXYL-BIPHENYL, trade name is K-18 nematic liquid crystal; or

4 CYANO-4' PENTYL-BIPHENYL, trade name is K-15 nematic liquid crystal; or

4 CYANO-4' HEPTYL-BIPHENYL, trade name is K-21 nematic liquid crystal; or

4 CYANO-4' OCTYL-BIPHENYL, trade name is K-24 nematic liquid crystal; or

4 CYANO-4' NONYL-BIPHENYL, trade name is K-27 nematic liquid crystal; or

4 CYANO-4' DECYL-BIPHENYL, trade name is K-30 nematic liquid crystal; or

4 CYANO-4' UNDERDECYL-BIPHENYL, trade name is K-33 nematic liquid crystal; or

4 CYANO-4' DODECYL-BIPHENYL, trade name is K-36 nematic liquid crystaL; onto the surface of a die or a wafer to form a thin layer of liquid crystal film;

step 2; conducting a said liquid crystal hot spot detection test with a pulsing input to the said die or the said wafer;

14

step 3; locating all the blinking spots on the said die or
the said wafer;

step 4; observing the temperature response of the blinking
induced by the said pulsing input to the said blinking spots;

step 5; eliminating those blinkings that do not change as the
ambient temperature rises below the phase transition temperature;

step 6; identifying those blinking spots that increased in
blinking size as the ambient temperature rises; the said blinking
spots recited in said step 6 are the hot spots.

## ABSTRACT

This improvement is the process of using a few well
collimated and even radiative heating lights to heat up the
liquid crystal film, which is spread over the surface of the die
of an integrated circuit. The radiative heating of the liquid
crystal film from the top helps to form an even temperature
profile on the liquid temperature film. The rapid time response
of the heating filament temperature and the radiative heating
process, induce a rapid response in the liquid crystal film
temperature. The process of allowing the temperature of the
liquid crystal temperature to rise and drop, the liquid crystal
film temperature is brought to infinesimally close below to the
liquid crystal phase transition temperature, for a limited length
of time. During this limited length of time, a small ohmic
heating dissipated from the die into the liquid crystal film
would induce a localized phase transition in the liquid crystal
film. Under a cross polarized light, the nematic liquid  phase
transition process exhibit as a change in the liquid crystal's

15

ISSI 00028

transparency and colors . The transition process is most easily
visible when the die is  periodically dissipating heat into the
liquid crystal film at a 1,2 Hz and at 50% duty cycle. At this
periodic heat dissipating mode, the periodic phase transistion
induces a blinking appearance at the region where the phase
transition is taking place. . This periodic ohmic heating is
accompanied with periodic voltage change in the die. The voltage
changes will induce  a blinking appearance , similar ~~to the low~~
~~powered ohmic heating induced~~ blinking. With the use ~~of a~~
~~variation  of the ambient~~ temperature of the liquid crystal film
~~, the size of the heat induced~~ blinking  increases  ~~as the~~
~~temperature increases. The size~~ of the voltage induced blinking
does not respond to temperature changes, as long as the liquid
crystal's temperature is not ~~crossing a~~ phase transition
temperature. Thus, the varied heating light provide a means to
differentiate the two types of blinkings.

ISSI 00029

| DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION | ATTORNEY'S DOCKET NO. |
| --- | --- |

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

PENG TAN, 541 Del Medio #237, Mountain View, CA 94040

the specification of which (check one) ☑ is attached hereto.

☐ was filed on _____

Application Serial No. _____

and was amended on _____
(if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |
| --- | --- | --- | --- |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. (list name and registration number)

| SEND CORRESPONDENCE TO: | DIRECT TELEPHONE CALLS TO: (name and telephone number) |
| --- | --- |
| PENG TAN<br>541 Del Medio, Apt 237<br>Mountain View, CA 94040 | PENG TAN<br>(415) 857 3616 (work)<br>(415) 941 7523 home |

Page 1 of 2

ISSI 00030

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor ___PENG TAN___

Inventor's signature _~Don Peng_____ Dated: _3/20/85_

Residence _541 Del Medio, Mountain View, CA 94040_ Citizenship _Singapore_

Post Office Address _____

Full name of 2nd joint inventor, if any _____

2nd Inventor's signature _____ Dated: _____

Residence _____ Citizenship _____

Post Office Address _____

Full name of 3rd joint inventor, if any _____

3rd Inventor's signature _____ Dated: _____

Residence _____ Citizenship _____

Post Office Address _____

Full name of 4th joint inventor, if any _____

4th Inventor's signature _____ Dated: _____

Residence _____ Citizenship _____

Post Office Address _____

Full name of 5th joint inventor, if any _____

5th Inventor's signature _____ Dated: _____

Residence _____ Citizenship _____

Post Office Address _____

ISSI 00031