# EXHIBIT B



#4 Bowling 3/26/87

Peng Tan
20674 Acadia Ct.
Cupertino, CA 95014
(415) 941-7523 before 11:30 am - Eastern Time. the best time to call 10:30 to 11:00A

RECEIVED
MAR 25 1987
GROUP 210

March 4, 1987

Commissioner of Patents and Trademarks,
Washington, D.C. 20231

Attention: Mr. Donald Griffin

Re: Amendment for Patent Application, Serial number 06/718,866

Dear Mr. Griffin:

First, I want to apologize for the large number of corrections I am submitting at this time. Due to my lack of expertise in English, I have hired a technical writer to edit my submission. Although the work now reads better, I hope the length of the necessary corrections does not inconvenience you.

This invention was done at the expense of my employer, Hewlett Packard. Please note that Hewlett Packard has given me permission to apply for the patent as well as to own the patent rights; however, Hewlett Packard reserves the right to use this invention. A letter from Hewlett Packard is enclosed, explicitly defining Hewlett Parkard's interest in this invention. I believe I am still entitled to the small entity status, even with Hewlett Packard's involvement and interest, since I am filing for the patent application at my own expense (including the time, effort and all the application and technical writing fees). In my application, I have paid the small entity application fee; however, after repeatedly reading your letter, I am unsure of my status. I have paid a significant amount of money for the application; thus, I do hope I am still entitled to the small entity status. Please let me know what my status is. Enclosed is an amended fee schedule.

Please note that I have moved and in all future correpondences use the new address given above.

Please also be advised that my citizenship status has changed from Singapore to United States citizenship as of April 1986.

Thank you for your kind attention to these matters.

Sincerely,

Tan Peng

Peng Tan

sgk

enclosures:
1. Patent application amendment; for serial # 06/718,866.
2. A letter from Hewlett Packard Company, dated 3/18/85
3. Completed forms from the P.T.O., including Forms 8-1.1, 11-2, 11-1, and 9.9.
4. Amended Figures 1 and 2.
5. My personal check for $87. (for extension of time and added claims)

87.00 216 Ap-21

(Rel.30-9/86 Pub.605) FORM 8-1.1 8-11

MAIL ROOM MAR 9 1987 TRADE MARK OFF.

RECEIVED MAR 25 1987 GROUP 210

#5

PATENT Briefing 3/26/87

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: PENG TAN
Serial No.: 06/718,866 ~~Group No.:~~ Art Unit: 211
Filed: 04/02/85 Examiner: Donald Griffin
For: PENG TAN

Commissioner of Patents and Trademarks
Washington, D.C. 20231

RESPONSE TO OFFICE ☑ ACTION ☐ LETTER MAILED 11/06/86 19

*WARNING: "Submission of the appropriate extension fee under 37 C.F.R. 1.136(a) is to no avail unless a request or petition for extension is filed." Emphasis added) Notice of November 5, 1985 (1060 O.G. 27)*

1. P.T.O's forms 8-1.1, 11-1, 11-2, and 9-9;
2. My letter address to the examiner (Mr. Donald Griffin), date 3/4/87;
3. Peng Tan's personal check, $87;
4. Amendment to patent application serial No. 06/718,866 (22 pages);
5. Amended Figures 1 and 2, for serial No. 06/718,866; and
6. a letter from Hewlett Packard Company, dated March 18, 1985

Refund fee "before"

070 03/23/87 718866 1 216 87.00 CK

**CERTIFICATE OF MAILING (37 CFR 1.8a)**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231

PENG TAN
(Type or print name of person mailing paper)

Date: 03/05/87

Dan Peng
(Signature of person mailing paper)

(First Page of Response to Office Action or Letter [8-1.1])

MAIL ROOM
MAR 9 1987
PAT. & TRADE MARK OFF.

**PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re application of: PENG TAN

Serial No.: 06/718,866 ~~Group No.:~~ Art Unit: 211

Filed: 04/02/85 Examiner: Donald Griffin

For: PENG TAN

**Commissioner of Patents and Trademarks**
**Washington, D.C. 20231**

**PETITION AND FEE FOR EXTENSION OF TIME (37 CFR 1.136(a))**

1. This is a petition for an extension of the time for a total period of 1 months:

*(check and complete the applicable item below)*

☑ to respond to the Office Letter mailed on 11/06/86
for submitting an amendment.
*(indicate matter being extended)*

NOTE: ***"Extensions of Time in Patent Cases (Supplement Amendments) — If a timely and complete response has been filed after a Non-Final Office Action, an extension of time is not required to permit filing and/or entry of an additional amendment after expiration of the shortened statutory period.***

***If a timely response has been filed after a Final Office Action, an extension of time is required to permit filing and/or entry of a Notice of Appeal or filing and/or entry of an additional amendment after expiration of the shortened statutory period unless the timely-filed response placed the application in condition for allowance. Of course, if a Notice of Appeal has been filed within the shortened statutory period, the period has ceased to run."*** *Notice of December 10, 1986 (1061 O.G. 34-35)*

1. P.T.O's forms 8-1.1, 11-1, 11-2, and 9-9;
2. My letter addressed to the examiner (Mr. Donald Griffin) dated 3/4/87;
3. Peng Tan's personal check, $87;
4. Amendment to patent application serial No. 06/718,866 (22 pages);
5. Amended Figures 1 and 2, for serial No. 06/718,866; and
6. a letter from Hewlett Packard Company, dated March 18, 1985.

**CERTIFICATE OF MAILING (37 CFR 1.8a)**

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

PENG TAN
(Type or print name of person mailing paper)

Date: 3/5/1987

[signature]
(Signature of person mailing paper)

2. A response in connection with the matter for which this extension is requested:

☑ is filed herewith.

☐ has been filed.

*complete the following if applicable*

NOTE: *The PTO accepts the filing of a continuing application as a response under 37 CFR 1.136 and 1.137. To facilitate processing in such a case the petition for extension of time should specifically refer to the filing of a continuing application and also include an express abandonment of the prior application conditioned upon the granting of the petition and the granting of a filing date to the continuing application. Notice of May 13, 1983, 1031 O.G. 11-12*

☐ the proposed response is the filing of a continuation application having an express abandonment conditioned on the granting of a filing date to the continuing application.

3. Applicant is

☑ a small entity — verified statement:

☐ attached.

☑ already filed. [I am requesting the P.T.O to determine whether I qualify for a small entity status in this application. See my letter to the examiner, dated 3/4/87. The examiner is Donald Griffin.]

☐ other than a small entity.

4. Calculation of extension fee (37 CFR 1.17(a)—(d)):

| | Total months requested | Fee for other than small entity | Fee for small entity |
|---|---|---|---|
| ☑ | one month | $56.00 | $28.00 |
| ☐ | two months | $170.00 | $85.00 |
| ☐ | three months | $390.00 | $195.00 |
| ☐ | four months | $610.00 | $305.00 |

Fee $ 28

If an additional extension of time is required please consider this a petition therefor.

*(check and complete the next item, if applicable)*

☐ An extension for ________ months has already been secured and the fee paid therefor of $________ is deducted from the total fee due for the total months of extension now requested.

**Extension fee due with this request**

$ 28.

5. Fee Payment

☑ Attached is a check in the sum of $ 28. + $55 = $83. The $55 is for addition of claims.

☐ Charge Account ________ and this is a request therefor and to charge for any additional extension and/or fee required.

☐ Charge fee to Account No. ________ and this is a request therefor and to charge for any additional extension and/or fee required or credit for any excess fee paid. A duplicate of this petition is attached.

(Petition and Fee for Extension of Time (37 CFR 1.136(a) [11-2]—page 2 of 3)



Reg. No.:

Tel. No.: ( )

SIGNATURE OF ATTORNEY

Type or print name of attorney

P.O. Address

***PATENT***

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: PENG TAN
Serial No.: 06/718,866 ~~Group No.:~~ Art Unit : 211
Filed: 04/02/85 Examiner: Donald Griffin
For: PENG TAN

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## CONDITIONAL PETITION AND FEE FOR EXTENSION OF TIME

*NOTE: For use only when no petition and fee for extension of time is filed.*

This conditional petition is being filed along with the accompanying Amendment to Serial No: 06/718,866
(indicate type of PTO response being filed)

and provides for the possibility that applicant has inadvertently overlooked the need for a petition and fee for extension of time

**Conditional petition for extension of time**

If any extension of time for the accompanying response is required applicant requests that this be considered a petition therefor

**Status**

This application is on behalf of

- ☐ other than a small entity
- ☑ small entity
  verified statement:
  - ☑ attached
  - ☐ already filed

**CERTIFICATE OF MAILING (37 CFR 1.8a)**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231

Date: 03/05/87 ~~3/5/87~~

PENG TAN
(Type or print name of person mailing paper)

[signature]
(Signature of person mailing paper)

**Authorization for payment of fees**

The Commissioner is authorized to charge any fees under 37 CFR 1.17(a) to (d) which may be required by this Conditional Petition to Account ______________
A duplicate of this Conditional Petition is attached.

Reg. No.

**SIGNATURE OF ATTORNEY**

Tel. No.: (      )

Type or print name of attorney

P.O. Address

(Conditional Petition and Fee for Extension of Time[11-1]—page 2 of 2)

U.S. DEPARTMENT OF COMMERCE

PATENT AND TRADEMARK OFFICE

Serial No. 06/718,866

Filing Date 04/02/85

Applicant (First Named) PENG TAN

## PATENT APPLICATION FEE DETERMINATION RECORD

### CLAIMS AS FILED - PART I

| FOR: | (Col. 1) NO. FILED | (Col. 2) NO. EXTRA | SMALL ENTITY RATE | FEE | | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 4 -20= | 0* | 0 x6= | $ 0 | OR | x12= | $ |
| INDEP. CLAIMS | 4 -3= | 1* | 1 x17= | $ 17 | OR | x34= | $ |
| ☑ MULTIPLE DEPENDENT CLAIM PRESENT | | | +55= | $ [illegible]0 | OR | +110= | $ |
| | | | TOTAL | $ [illegible]187 | OR | TOTAL | $ |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

### CLAIMS AS AMENDED - PART II

| | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * 11 | MINUS | ** 20 | = 0 | x6= | $ 0 | | x12= | $ |
| INDEP. | * 2 | MINUS | *** 4 | = 0 | x17= | $ 0 | | x34= | $ |
| ☑ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +55= | $ 55 | | +110= | $ |
| AMENDMENT A | | | | | TOTAL ADDIT. FEE | $ 55 | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x6= | $ | | x12= | $ |
| INDEP. | * | MINUS | *** | = | x17= | $ | | x34= | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +55= | $ | | +110= | $ |
| AMENDMENT B | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| (Col. 1) CLAIMS REMAINING AFTER | (Col. 2) HIGHEST NO. PREVIOUSLY | (Col. 3) PRESENT | SMALL ENTITY ADDIT. | OTHER THAN A SMALL ENTITY ADDIT. |
|---|---|---|---|---|

| AMENDMENT | | PAID FOR | EXTRA | RATE | FEE | OR | RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x6= | $ | | x12= | $ |
| INDEP. | * | MINUS | *** | = | x17= | $ | | x34= | $ |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +55= | $ | | +110= | $ |
| AMENDMENT C | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "O" in Col. 3.
** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

Note: a check of $87 is enclosed. This check is for $55 + $28 = $87. where $55 is for the added claims. The $28 is for a month extension of time.

(Patent Application Fee Determination Record [9-9]—page 2 of 2)





IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

INVENTOR(S): Peng Tan

SERIAL NO.: 06/718,866 ART UNIT: 211

FILED: 04/02/85 EXAMINER: Donald Griffin

SUBJECT: Liquid crystal hot spot detection with infinitesimal temperature control.

---

THE COMMISSIONER OF PATENTS AND TRADEMARKS

WASHINGTON, D.C. 20231

SIR:

RE: AMENDMENTS

In response to the your letter dated November 6, 1986, please amend the above-identified patent application as follows:

In the BACKGROUND OF THE INVENTION:

On page 1 line 4, replace "hot spot detection" with "analyzing integrated circuits".

On page 1 line 5, delete "cholesteric".

On page 1 line 11, replace "to the phase transition type of the hot" with "to the hot".

On page 1 line 18, change the spelling of "dectectable" to "detectable".

On page 1 line 21, replace "N 5 nematic liquid" with "N5 nematic liquid".

On page 1 line 21, replace "to detect a hot spots." with "to detect hot spots.".

On page 1 line 23, replace "temperature of 0.1degree centigrade" with "temperature of 0.1 degree celsius".

On page 1 line 27, replace "degree Centigrade" with "degree Celsius".

On page 1 line 28, replace "degree Centigrade" with "degree Celsius".

On page 1 line 28, replace "liquid crystal transition" with "liquid crystal phase transition".

On page 2 line 3, replace "the amount" with "the lowest amount".

On page 2 line 4, replace "requires" with "required".

On page 2 line 5, change the spelling of "dfference" to "difference".

On page 2 line 10, replace "method is that" with "method was that".

On page 2 line 12, replace "temperature." with "temperature, thus most low power hot spots cannot be detected.".

On page 2 line 12, replace "mode heating is" with "heating mode was".

On page 2 line 19, change the spelling of "sensistivity" to "sensitivity".

On page 2 line 21, replace "The invention use a varying temperature control method" with "This invention invented an infinitesimal temperature control method".

a 2

On page 2 line 23, replace "close to" with "close below to".

On page 2 line 24, replace "a hot spot with one" with "a low power hot spot with only one"

On page 2 line 25, after "routinely detected." insert "The infinitesimal temperature control method can be achieved by many forms of heating means, such as, but not limited to, a conductive hot plate, a convective oven or a radiative heating light. All these heating means work with various degrees of effectiveness in the invented infinitesimal temperature control method. The key to the said infinitesimal temperature control method is that the heating means operates in a repeatedly turning on and turning off mode. It is during the turning on mode that the heating means will gradually heat up the liquid crystal film and will bring the film temperature infinitesimally close below to the liquid crystal phase transition temperature. To illustrate the said infinitesimal temperature control method, a detailed radiative heating light heating system is described in the SUMMARY OF THE INVENTION and the DETAILED DESCRIPTION OF THE INVENTION.

a 3

It should be emphasized that it is not the detailed design of the heating means that contributes to the primary success of bringing the liquid crystal film temperature infinitesimally close below to the liquid crystal phase transition temperature, rather it is the invented method of operating the heating means at a repeatedly turning on and turning off mode.".

On page 2, line 26, after "pulsing input to the hot spot." insert "The pulsing input induces a voltage induced blinking which can be mistaken for the hot spot induced blinking.".

A4

On page 3 line 1, replace "the invented varying temperature control method." with "a differentiation method invented by this invention, that is, by observing the temperature responses of these two kinds of blinkings: the hot spot induced blinking increases in blinking spot size as the liquid crystal temperature rises, the voltage induced blinking remains in blinking spot size as the liquid crystal temperature rises.".

A5

On page 3 line 13, replace "no.9, sept. 1968" with "No. 9, Sept. 1968".

On page 3 line 16, replace "June 1977,Pg. 51-55." with "June 1977, Pg. 51-55.".

In the SUMMARY OF THE INVENTION:

On page 3 line 18, replace "Both the collimating" with "This invention invented a few processes that significantly improve the effectiveness of the liquid crystal hot spot detection method in terms of the ability to detect the lowest power hot spot on a die or wafer. These invented processes, new use of certain liquid crystals, and hardware include, but are not limited to, the following items:

A6 cont'd

Item (1): The new use of a few nematic liquid crystals for the liquid crystal hot spot detection method;

Item (2): A new process to judge and obtain an optimal thickness of nematic liquid crystal film that is most suitable for the liquid crystal hot spot detection method;

Item (3): A new process to differentiate the voltage induced blinking from the hot spot induced blinking when current input to the die or wafer is operated at a pulsing mode. The hot spot induced blinking site is where the hot spot is located;

Item (4): A new process to operate the heating device that means to control the temperature of the liquid crystal film. The process consists of repeatedly turning on and turning off the heating device. The process results in the temperature of the liquid crystal repeatedly rising above and dropping below the liquid crystal phase transition temperature. During the temperature rising and dropping process, the temperature of the liquid crystal film is brought infinitesimally close below to the liquid crystal phase transition temperature for a limited length of time window. It is during this limited length of time window that the low power hot spot is detectable.

Item (5): A radiative heating system hardware to represent the heating device discussed in item (4).

To make it easy for the reader to follow, I have chosen the radiative heating system discussed in Item (5) to illustrate how the heating device works and how all the invented processes are related to each other. However, this does not mean that the radiative heating system is the only heating device that will work well for this invention. This invention refers to the heating device as either a conductive heating device, a convective heating device, or a radiative heating device.

For the radiative heating system, both the collimating".

On page 3 line 20, replace "formation an even temperature" with "formation of an even temperature".

On page 4 line 3, replace "temperature rising" with "temperature rises".

On page 4 line 5, change the spelling of "arbitrary" to "arbitrarily".

On page 4 line 8, replace "circuit in the" with "circuit to the".

On page 4 line 12, change the spelling of "arbitrary" to "arbitrarily".

On page 4 line 16, replace "degree centigrades for" with "degree Celsius just below the liquid crystal phase transition temperature, for".

On page 4 line 17, replace "how close this invention can" with "to how close this invented infinitesimal temperature control method can".

On page 4 line 22, replace "temperature the liquid" with "temperature of the liquid".

On page 4 line 27, change the spelling of "crystal" to "crystals".

On page 5 line 2, replace "transition temperatures," with "transition temperatures;".

On page 5 line 3, change the spelling of "transitions" to "transition".

On page 5 line 3, replace "be the order of" with "be on the order of".

On page 5 line 4, replace "centigrades" with "Celsius".

On page 5 line 5, replace "centigrades" with "Celsius".

On page 5 line 8, change the spelling of "work" to "works".

On page 5 line 9, change the spelling of "elctrical" to "electrical".

On page 5 line 18, replace "The process" with "The invented process of".

On page 5 line 20, after "voltage induced blinking." insert "In this SUMMARY OF THE INVENTION and the DETAILED DESCRIPTION OF THE INVENTION, I have only described the radiative heating system as the means to control the liquid crystal temperature to infinitesimally close below to the liquid crystal phase transition temperature. It should be understood that other forms of heating designs, such as a conductive hot chuck or a convective heat oven, as long as they are repeatedly operated in a turning on and turning off mode, are also capable of controlling the liquid crystal temperature to infinitesimally close below to the liquid crystal phase transition temperature. Therefore, the invented infinitesimal temperature control method can be applied to other forms of heating means that operate at a repeatedly turning on and off mode; this invention is not just limited to the described radiative heating system. Although we chose the nominal electrical input power as 1.2 Hz and at 50% duty cycle, it should be understood that the choice of other frequency and duty cycles will also yield similar results. Therefore, this invention also is able to operate at other than 1.2 Hz and other than 50% duty cycle.".

a9

In the BRIEF DESCRIPTION OF THE DRAWING:

As per your instructions, Figures 1 and 2 are redrawn with permanent ink. The blurry lines are also redrawn with clear lines. No new information is added in the redrawn Figures 1 and 2. However, some of the alphanumeric characters that are used for item identification are simplified; they are replaced by only numerical numbers.

On page 5 line 23, replace "the liquid crystal layer" with "liquid crystal film".

In the DETAILED DESCRIPTION OF THE INVENTION:

On page 5 line 26, replace "The signal frequency 1" with "The frequency of signal 1".

On page 6 line 1, replace "close to human heart" with "close to the human heart".

On page 6 line 2, replace "beat rate, therefore" with "beat rate; therefore".

On page 6 line 2, change the spelling of "human" to "humans".

On page 6 line 5, replace "the phase transition is possible." with "the hot spot induced blinking is visible.".

On page 6 line 7, replace "The signal frequency cannot be higher than 60 Hz, for which" with "The frequency of signal 1 is lower than 60 Hz, because".

A10

On page 6 line 10, replace "state switch. The switch 2" with "state switch. For illustration, this switch is a relay switch 2. The relay switch 2".

A11

On page 6 line 14, replace "relay switch are" with "relay switch 2 is".

On page 6 line 19, replace "length each equal" with "lengths are each equal".

On page 6 line 21, replace "the phase transition, at a given signal" with "the hot spot induced blinking, at a given signal 1's".

A12

On page 6 line 23, replace "phase transition is slow" with "hot spot induced blinking is slow".

On page 6 line 24, replace "phase transitions during" with "hot spot induced blinking during".

On page 6 line 25, after "short time window." add "It should be noted that other "on" and "off" time length combinations will also work for this invention.".

a13

On page 7 line 2, replace "thin layer" with "thin film".

On page 7 line 3, replace "crystal layer" with "crystal film 28".

On page 7 line 11, replace "crystal thin film on" with "crystal film 28 on".

On page 7 line 13, replace "or no liquid" with "or there is no liquid".

On page 7 line 15, replace "liquid onto" with "liquid crystal onto".

On page 7 line 17, replace "liquid crystal. If the nematic liquid crystal film is" with "liquid crystal film 28. If the nematic liquid crystal film 28 is".

a14

On page 7 line 19, replace "film is too thick. Use a" with "film 28 is too thick, use a".

On page 7 line 20, replace "When the nematic liquid crystal" with "When the nematic liquid crystal film 28".

On page 7 line 22, replace "crystal film would" with "crystal film 28 would".

On page 8 line 4, replace "because a D.C.give a steady" with "because D.C. gives a steady".

On page 8 line 16, after "objective lens." insert "The heating lights 7 and 25 are connected to power supply 5 in an identical manner. Similary, the heating lights 24 and 26 are connected to power supply 18 in an identical manner.".

a15

On page 8 line 16, replace "to form an even and well" with "to form even and well".

On page 8 line 20, replace "each other, and the" with "each other; the".

On page 8 line 23, replace "attenuation, in which effect exists" with "attenuation; these effects exist".

On page 9 line 2, replace "24, 25,and 26." with "24, 25 and 26.".

On page 9 line 4, replace "crystal on" with "crystal film 28 on".

On page 9 line 7, replace both "layer"s with "film".

On page 9 line 8, replace "layer" with "film".

On page 9 line 9, replace "be in an optimal thickness" with "be at an optimal thickness".

On page 9 line 10, replace "crystal 28" with "crystal film 28".

On page 9 line 14, replace "centigrade" with "Celsius".

On page 9 line 15, replace "layer" with "film".

On page 9 line 18, replace "layer" with "film".

On page 9 line 20, replace "more sensitive of this" with "more sensitive is this".

On page 9 line 22, replace "35 were" with "35 was".

On page 9 line 23, replace "35 were" to "35 was".

On page 9 line 25, replace "however, further" with "However, further".

On page 10 line 2, replace "32,36 and" with "32, 36 and".

On page 10 line 3, replace "centigrades." with "Celsius.".

On page 10 line 4, replace "Considering the all" with "Considering all".

On page 10 line 5, change the spelling of "inrtegrated" to "integrated".

On page 10 line 12, replace "were high" with "was high".

On page 10 line 13, replace "the pulsing voltage would" with "the pulsing square wave voltage 3 would".

On page 10 line 14, replace "layer 28" with "film 28".

On page 10 line 18, replace "wattage were" to "wattage was".

On page 10 line 21, replace "blinking effect." with "blinking.".

On page 10 line 21, replace "the two effects." with "the two kinds of blinkings."

On page 10 line 23, replace "voltage were" to "voltage was".

On page 10 line 24, change "wattage were" to "wattage was".

On page 10 line 27, change the spelling of "tranasition" to "transition".

On page 10 line 28, replace "described in step S6 is" with "(described in step S6) is".

On page 11 line 2, replace "crystal layer 28" with "crystal film 28 to".

On page 11 line 5, after "enlarging blinking spot." insert "I call this blinking the 'hot spot induced blinking'.".

a/6

On page 11 line 8, replace "phase transition" with "phase transition temperature".

On page 11 line 10, replace "blinking spots." with "hot spot induced blinkings."

On page 11 line 11, replace "to show up the" with "to show the".

On page 11 line 12, replace "spot were" with "spot was".

On page 11 line 13, replace "seconds , at just" with "seconds, at just".

On page 11 line 14, replace "layer" with "film 28".

On page 11 line 17, replace "blink; Also,the nematic liquid crystal layer 28" with "blink; also, the nematic liquid crystal film 28".

On page 11 line 23, replace "layer" with "film".

On page 11 line 24, replace "repeat the step" with "repeat step".

On page 11 line 24, after "from the beginning." insert "In the BRIEF DESCRIPTION OF THE DRAWING and in this DETAILED DESCRIPTION OF THE INVENTION, I have described only a 4-heating light system which consists of heating lights 7, 24, 25, 26 and power supplies 5 and 18. It should be noted that other forms of heating means, such as only a single heating light design, or a conductive hot chuck, or a convective heat oven, can also control the liquid crystal temperature, such that the temperature of the nematic liquid crystal film 28 will exhibit a time profile as depicted in Figure 2, that is, bringing the liquid crystal film temperature infinitesimally close below to the liquid crystal phase transition temperature 22. Therefore, this invention will work with other types of heating devices, as long as the heating devices are operated with the infinitesimal temperature control method.".

A17

On page 11 line 27, replace "method has shown" with "method has been shown".

In the ABSTRACT:

On page 15 line 18, change the spelling of "induce" to "induces".

On page 15 line 19, replace "The process of allowing the temperature of the liquid crystal temperature to rise and drop," with "By repeatedly turning on and turning off the heating lights at an appropriate power setting, the temperature of the liquid crystal film will repeatedly rise above and drop below the liquid crystal phase transition temperature. During this temperature rise and drop process,".

a18

On page 15 line 23, after "of time." insert "We call this temperature control process the infinitesimal temperature control method.".

a19

On page 15 line 27, replace "process exhibit as a change" with "process exhibits a change".

On page 16 line 6, after "is taking place." add "I call this blinking the 'hot spot induced blinking'.".

a20

On page 16 line 8, replace "to the low powered ohmic heating induced" with "to the hot spot induced".

On page 16 line 9, replace "of a variation of the ambient" with "of the infinitesimal temperature control method to vary the ambient".

a21

On page 16 line 11, replace ", the size of the heat induced" with " the blinking spot size of the hot spot induced".

a22

ISSI 00068

On page 16 line 11, replace "as the temperature increases. The size" with "as the ambient temperature increases. But the blinking spot size".

a 23

On page 16 line 14, replace "crystal's temperature is not crossing a phase" with "crystal's temperature is not beyond the phase".

On page 16 line 16, after "the two types of blinking." insert "We have illustrated heating lights as the means of heating up the liquid crystal film. However, if the heating lights were replaced by other heating means, such as a conductive hot plate, or a convective oven, the infinitesimal temperature control method would still work, as long as these alternate heating means were operated at a repeatedly turning on and turning off mode. Therefore, this hot spot detection process will also work well with other heating means.".

a 24

In the CLAIM:

I withdrew claims 1, 2, 3 and 4. I added new claims 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15. There is no new information in the new claims. Basically, I have rewritten independent claims 1, 2, 3 and 4 into dependent claims 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and an independent claim 15. The added claims are easy for the examiner to follow; more specifically, I have carefully separated prior art from current invention. The added new claims are as follows:

1 5. In a method of detecting a hot spot on a die or a wafer, said method comprises:

applying a liquid crystal to form a liquid crystal film on the top surface of said die or said wafer, adjusting the thickness of said liquid crystal film with a thickness adjustment process;

a 25 contd

placing said die or said wafer on the stage of a microscope that has a polarized illuminating light and an analyser, said analyser is placed on the viewing path of said microscope, said polarizer and said polarized illuminating light are cross polarized; said polarized illuminating light illuminates said die or said wafer that are placed on said stage;

delivering a current to the site of said hot spot of said die or said wafer by a current injecting means;

controlling the temperature of said liquid crystal film with a temperature control means;

locating a change in optical property on said liquid crystal film by a means of viewing said liquid crystal film through said analyser, using a differentiation means to confirm said change is induced by a localized phase transition in said liquid crystal film, thus said hot spot is located at location where said localized phase transition takes place;

a 25 contd

wherein the improvement comprises:

an infinitesimal temperature control method for controlling the temperature of said liquid crystal film; said infinitesimal temperature control method comprises an operation on a heating system;

said heating system comprises:

a power supply means; a heat generating means; and an adjustment means;

said power supply means delivers power to said heat generating means, said heat generating means generates heat for heating up said liquid crystal film, said adjustment means controls the heating output magnitude of said heat

generating means, said adjustment means also controls the turning on and turning off of said heat generating means, the action of said turning on and turning off of said heat generating means brings said temperature of said liquid crystal film to an infinitesimally close below the phase transition temperature of said liquid crystal for a limited length of time, whereby enabling said hot spot of an arbitrary small power level on said die or said wafer to produce said localized phase transition in said liquid crystal film, for said limited length of time; a reduction in said heating output magnitude prolongs said limited length of time, whereby increasing the chances of detecting said localized phase transition;

A 95 cont'd

said operation comprises:

step (a): adjusting said adjusting means to an output level such that the combined heating from said heat generating means and said current is sufficient to heat up said liquid crystal film that at said site to beyond said phase transition temperature;

step (b): turning off said heating means to allow said liquid crystal film to be cooled below said phase transition temperature;

step (c): turning on said heat generating means to heat up said liquid crystal, till said liquid crystal film at said site is heated to beyond said phase transition temperature;

step (d): if said hot spot cannot be detected because said limited length of time is too short, then reducing said output level to a low output level such that the combined heating from said heat generating means and said current is still sufficient to heat up said liquid crystal film that at immediate

adjacent area of said site to beyond said phase transition temperature; then repeating said step (b) and said step (c);

step (e): repeating said step (d) till said limited length of time is long enough such that said hot spot can be detected by said method.

2. The method as recited in claim 1, wherein said heat generating means comprises a heating lamp.

3. The method as recited in claim 2, wherein said heating lamp has a co-planar filament.

4. The method as recited in claim 1, wherein said thickness adjustment process comprises:

cooling down said liquid crystal film to below said phase transition temperature;

adding said liquid crystal to said liquid crystal film if said liquid crystal film appears to be dark when viewed through said microscope, or removing part of said liquid crystal from said liquid crystal film if said liquid crystal film appears to be transparent and colorless when viewed through said microscope;

performing the process of said adding or said removing till said liquid crystal film exhibits a transparent and rainbow color when viewed through said microscope.

5. The method as recited in claim 1, wherein said current is an alternating current.

6 ~~10~~. The method as recited in claim 5 ~~9~~, wherein said alternating current comprises:

a current with nominal frequency between .01 to 16 hertzs, a nominal duty cycle of 10 to 90%.

7 ~~11~~. The method as recited in claim 5 ~~9~~, wherein said differentiation means comprises:

identifying said change that appears as a blinking spot;

observing the response of said blinking spot to the variation in said liquid crystal film's ambient temperature:

said blinking spot is said hot spot if said blinking spot increases or decreases in blinking spot size as said liquid crystal film's ambient temperature increases or decreases respectively;

said blinking spot is not said hot spot if said blinking spot does not change in blinking spot size as said liquid crystal film's ambient temperature increases or decreases.

8 ~~12~~. The method as recited in claim 7 ~~11~~, wherein said differentiation means further comprises:

observing the frequency of said blinking spot, that is: said hot spot blinks at a frequency that is the same as the frequency of said alternating current; a non-hot spot which is a voltage induced blinking spot, blinks at faster than or equal to the frequency of said alternating current.

9 ~~12~~. The method as recited in claim 1 ~~8~~, wherein said liquid crystal comprises:

a nematic liquid crystal; or a cholesteric liquid crystal; or a smectic liquid crystal.

10 ~~14~~. The method as recited in claim 1 ~~9~~, wherein said liquid crystal is 4 CYANO-4' HEXYL-BIPHENYL, trade name is K-18 nematic liquid crystal.

11 ~~15~~. A new use of liquid crystal for detecting hot spot on die or wafer with a hot spot detection method, said liquid crystal comprises:

4 CYANO-4' HEXYL-BIPHENYL, trade name is K-18 nematic liquid crystal; or

4 CYANO-4' PENTYL-BIPHENYL, trade name is K-15 nematic liquid crystal; or

4 CYANO-4' HEPTYL-BIPHENYL, trade name is K-21 nematic liquid crystal; or

4 CYANO-4' OCTYL-BIPHENYL, trade name is K-24 nematic liquid crystal; or

4 CYANO-4' NONYL-BIPHENYL, trade name is K-27 nematic liquid crystal; or

4 CYANO-4' DECYL-BIPHENYL, trade name is K-30 nematic liquid crystal; or

4 CYANO-4' UNDERDECYL-BIPHENYL, trade name is K-33 nematic liquid crystal; or

4 CYANO-4' DODECYL-BIPHENYL, trade name is K-36 nematic liquid crystal.

a 25 cancelled

In response to your rejection of Claims 2 and 3:

In your letter you have rejected claims 2 and 3, under 35 U.S.C. 102 (e), as claims being anticipated by Burn's U.S. patent #4,242,635. After carefully studying Burn's patent, I have found the following:

Note that Burn's invention did not have any heating devices while my invention has a heating means to heat up the liquid crystal.

Note that Burn's invention uses only one light beam set; it is used solely for illuminating while my invention uses two light beam sets, one set for illuminating, another set for heating. The heating is the most important factor in my invention while Burn's invention is not concerned with heating.

Note that Burn's invention did not mention the liquid crystal phase transition temperature while my invention repeatedly mentions and utilizes the liquid crystal phase transition temperature.

Note that Burn's invention detects the changes in birefringent property within the liquid crystal phase while my invention detects the change from a liquid crystal phase to a liquid phase.

Note that Burn's invention has a transparent coverplate over the liquid crystal while my invention has no coverplate.

Note that Burn's invention only involves the detection of the voltage pattern on the integrated circuit while my invention involves the detection of heat dissipation on the integrated circuit and is not interested in detection of the voltage pattern.

Burn's patent only involves the detection of the phenomenon known in my patent as the "voltage induced blinkings," while my patent is only interested in detecting the phenomenon known in my application as the "hot spot induced blinking." Burn's patent did not touch on the subject of the "hot spot induced blinking."

The "voltage induced blinking" and the "hot spot induced blinking" are two very distinct phenomena:

a) The "voltage induced blinking" is induced by a change in the electric field in the liquid crystal which results in a change of both the birefringent property and the light scattering property in the liquid crystal. During this whole changing process, the liquid crystal remains in the liquid crystal phase.

b) The "hot spot induced blinking" is induced by the change in the temperature of the liquid crystal. During this process, the liquid crystal changes from the liquid crystal phase to the liquid phase.

In my application, I have invented a differentiation method to differentiate the "hot spot induced blinking" from the "voltage induced blinking." The differentiation process is the only area in which my patent brings up the subject of the "voltage induced blinking." Note that my invention is interested in differentiating and eliminating "voltage induced blinking" from "hot spot induced blinking rather than detecting the "voltage induced blinking.".

In view of all of the above reasons, I am pleased to state that my invention is not related to Burn's invention. Please consider these facts when reviewing my amended claims.

Please feel free to call me collect as I will be glad to discuss any questions you may have. I look forward to receiving your favorable decision.

PTOL-85 (REV 4 86)

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

#7

PENG TAN
541 DEL MEDIO, APT. 237
MOUNTAIN VIEW, CA 94040

**All communications regarding this application should give the serial number, date of filing, name of applicant, and batch number.**

**Please direct all communications to the Attention of "OFFICE OF PUBLICATIONS" unless advised to the contrary.**

The application identified below has been examined and found allowable for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 06/718,066 | 04/02/85 | 011 | GRIFFIN, D | 211 | 04/24/87 |

First Named Applicant: TAN, PENG

TITLE OF INVENTION: LIQUID CRYSTAL HOT SPOT DETECTION WITH INFINITESIMAL TEMPERATURE CONTROL

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | 350-331.000 | A25 | UTILITY | YES | $280.00 | 07/24/87 |

The amount of the issue fee is specified in 37 C.F.R. 1.18. If the applicant qualified for and has filed a verified statement of small entity status in accordance with 37 C.F.R. 1.27, the issue fee is one-half the amount for non-small entities. The issue fee due printed above reflects applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, **this Notice may have been mailed prior to completion of final processing.** The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition, **if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course.** If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a deposit account. However, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to a deposit account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and submitting payment therewith. If use of a deposit account is being authorized for payment, PTOL-85c should also be forwarded. The order must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of PTOL-85b.

☐ Note attached communication from the Examiner.

☐ This notice is issued in view of applicant's communication filed ____________

**IMPORTANT REMINDER**

**Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. See 37 CFR 1.20 (e)—(j).**

**PATENT AND TRADEMARK OFFICE COPY**



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/718,866 | 04/02/85 | TAN | P |

PENG TAN
541 DEL MEDIO, APT. 237
MOUNTAIN VIEW, CA 94040

| EXAMINER | |
|---|---|
| GRIFFIN,D | |
| ART UNIT | PAPER NUMBER |
| 211 | 8 |

DATE MAILED: 04/24/87

## NOTICE OF ALLOWABILITY

PART I.

1. ☒ This communication is responsive to March 9, 1987.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are 5 to 15.
4. ☐ The drawings filed on ______ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______, filed on ______.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. 3. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

D. Griffin
DONALD G. GRIFFIN
PRIMARY EXAMINER
ART UNIT 211

PTOL-37 (REV 2-85)

USCOMM-DC 85-3744

*U.S. GOVERNMENT PRINTING OFFICE: 1986-152-827