# EXHIBIT D

DERGOSITS & NOAH LLP
Michael E. Dergosits (SBN 118206)
Todd A. Noah (SBN 152328)
Geoffrey T. Staniford (SBN 184114)
Four Embarcadero Center, Suite 1150
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff
PENG TAN

FILED
00 MAR 24 PM 3:34
RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENG TAN,<br><br>   Plaintiff,<br><br>vs.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>   Defendant. | Case No.: C99-05228 MMC<br><br>Date:       April 14, 2000<br>Time:       9:00 A.M.<br>Courtroom:  2, 17th Floor<br>Judge:      Maxine M. Chesney |

**DECLARATION OF FRANK JUNG IN SUPPORT OF PLAINTIFF PENG TAN'S OPPOSITION TO AMD'S MOTION FOR SUMMARY ADJUDICATION THAT CLAIM 11 OF U.S. PATENT NO. 4,682,857 IS INVALID**

I, Frank Jung, declare under penalty of perjury that the following is true and correct.

1. I reside in San Jose, California. I received a BA degree in Physics from University California at Berkeley, a MS degree in Electrical Engineering from Cornell University, and a Ph. D degree in Biophysics from University of Illinois at Urbana-Champaign. In the mid 1980s, I worked for about three years at Hewlett-Packard and Advanced Micro Devices, Inc. ("AMD") as a failure analysis engineer. I consider myself to have been a person of ordinary skill in the art of using liquid crystals for detecting hot spots on semiconductor devices in the mid-1980s. I submit this

DECLARATION OF FRANK JUNG                                            Civ. Act. No. C99-05228 MMC

- 1 -

declaration in support of Mr. Tan's opposition to AMD's Motion for Summary Adjudication that claim 11 of U.S. Patent No, 4,682,857 is invalid.

2. Based upon my experience in failure analysis engineering, it is apparent to me that any hot spot detection method that employs liquid crystal to detect hot spot on a semiconductor die or wafer would constitute at least the following four steps:

a. spreading a layer of liquid crystal on the surface of the semiconductor die or wafer;

b. placing the die or wafer on the stage of the microscope;

c. injecting current into the die or wafer; and,

d. locating the hot spot by detecting the localized phase transition in the liquid crystal, by observing the changes in the optical property of the polarized light that are transmitted through the liquid crystal as it underwent localized phase transition.

This statement was true in the mid-1980s and is still true today.

3. Based upon my experience in the field of failure analysis engineering, engineers who were skilled in art of using liquid crystal to detect hot spot on semiconductor die or wafer in the mid-1980s would concur with me that performing the above mentioned four steps are essential to any hot spot detection method that employs liquid crystals.

4. I have read U.S. Patent No. 4,682,857 including claim 11 and it is clear to me that claim 11 refers to any hot spot detection method for detecting hot spots on a semiconductor die or wafer, utilizing one of the specific liquid crystals listed in claim 11, that employs at a minimum the above-mentioned four steps (a)-(d).

DATED: 3/23/00

By: _____
Frank Jung

DECLARATION OF FRANK JUNG                                Civ. Act. No. C99-05228 MMC

- 2 -

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Dergosits & Noah LLP, Four Embarcadero Center, Suite 1150, San Francisco, California 94111.

On March 23, 2000, I served the attached **DECLARATION OF FRANK JUNG IN SUPPORT OF PLAINTIFF PENG TAN'S OPPOSITION TO AMD'S MOTION FOR SUMMARY ADJUDICATION THAT CLAIM 11 OF U.S. PATENT NO. 4,682,857 IS INVALID** on the party in this action by placing a true and correct copy thereof in a sealed envelope, with postage prepaid, addressed as follows:

> David E. Killough, Esq.
> O'MELVENY & MYERS LLP
> 275 Battery Street
> San Francisco, CA 94111-3305

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 23, 2000 at San Francisco, California.

_____
Caroline Pfahl

DECLARATION OF FRANK JUNG                              Civ. Act. No. C99-05228 MMC

- 3 -