Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       rfinley@beckross.com
       chansen@beckross.com

David C. Hsia, (Cal. State Bar No. 197391)
Carmen C. Cook (Cal.. State Bar No. 197708)
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481
Email: david@patentlawgroup.com
       carmen@patentlawgroup.com

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENG TAN, an individual., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SILICON SOLUTIONS, INC. et. al. <br><br> Defendants. <br><br> ──────────────────────── <br> AND RELATED COUNTERCLAIMS. | **Case No. C-07-06166 WHA** <br><br> **[PROPOSED] ORDER GRANTING INTEGRATED SILICON SOLUTION, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: May 29, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor <br><br> Honorable Judge Alsup |

1  Defendant Integrated Silicon Solution, Inc. ("ISSI") has filed a motion for summary
2  judgment of non-infringement of Plaintiff's United States Patent No. 4,682,857 (the "'857
3  patent"). ISSI also asks leave to file a supplemental answer.
4  The Court having considered the papers in support of, and in opposition to, the motion and
5  considered argument of counsel and GOOD CAUSE BEING FOUND, ORDERS AS FOLLOWS:
6     1.    ISSI motion for summary judgment against Plaintiff is granted.
7     2.    Leave is hereby granted to ISSI to file the supplemental answer anad
8  counterclaim attached as Exhibit I to the April 24, 2008 Declaration of
9  Alfredo A. Bismonte In Support of Integrated Silicon Solution, Inc.'s
10  Motion For Summary Judgment of Patent Invalidity and For Leave To file a
11  Supplemental Answer and Counterclaim.

13  IT IS SO ORDERED.

15  Dated: _____, 2008

17        Hon. William H. Alsup
18        United States District Court Judge

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900