Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       rfinley@beckross.com
       jduggan@beckross.com

David C. Hsia (Cal. State Bar No. 197391)
Carmen C. Cook (Cal.. State Bar No. 197708)
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481
Email: david@patentlawgroup.com
       carmen@patentlawgroup.com

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, an individual., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED SILICON SOLUTIONS, INC. et. al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | **Case No. C-07-06166 WHA** <br><br> **AMENDED NOTICE OF INTEGRATED SILICON SOLUTION, INC.'S MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY AND FOR LEAVE TO FILE A SUPPLEMENTAL ANSWER** <br><br> Date: June 5, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor <br><br> Honorable Judge Alsup |

AMENDED NOTICE OF ISSI'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
Case No. C-07-06166 WHA

## AMENDED NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE NOTE that pursuant to Northern District of California Local Rule 7-7(a), Defendant Integrated Silicon Solution, Inc. ("ISSI") hereby provides amended notice that on June 5, 2008 at 8:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 9 of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California 94102, ISSI will move for summary judgment of invalidity of all asserted claims of U.S. Patent No. 4,682,857 and for leave to file a supplemental answer and counterclaim asserting the defense of collateral estoppel (issue preclusion) with respect to claim 11 of the patent.  This motion is based upon this Amended Notice of Motion, the Memorandum of Points and Authorities (filed on April 24, 2008 as Docket No. 31), the declaration of Alfredo Bismonte and exhibits (Docket No. 32), the complete records and files of this action, the arguments of counsel, and such additional evidence as the Court may consider, and all matters of which the Court may take judicial notice.  This motion is made pursuant to Federal Rules of Civil Procedure 15(d) and 56 and was previously noticed for hearing on May 29, 2008.

Beck, Ross, Bismonte & Finley, LLP

Date: April 30, 2008           By:  _____/s/_____
                                    Justin T. Beck
                                    Alfredo A. Bismonte
                                    Ron C. Finley
                                    Jeremy M. Duggan
                                    Attorneys for Defendant and Counterclaimant
                                    Integrated Silicon Solution, Inc.

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900