Michael E. Dergosits (State Bar No. 118206)
Teddy K. Joe (State Bar No. 242589)
**Dergosits & Noah LLP**
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
       tjoe@dergnoah.com

Attorneys for Plaintiff Peng Tan

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PENG TAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SILICON SOLUTIONS, INC., a Delaware corporation; and WINBOND ELECTRONICS CORPORATION, a Taiwanese corporation<br><br>Defendants. | Civil Action No:  C 07-06166 WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT WINBOND ELECTRONICS CORPORATION** |

NOTICE IS HEREBY GIVEN that pursuant to Fed R. Civ. Pro. 41(a), and pursuant to an agreement between Peng Tan and Winbond Electronics, plaintiff voluntarily dismisses the complaint against Defendant Winbond Electronics Corporation with prejudice.

Dated: May 7, 2008

                                                  **Dergosits & Noah LLP**

                                                          /s/
                                        By:   Michael E. Dergosits
                                                Attorneys for Plaintiff
                                                Peng Tan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on May 7, 2008.

Dated: May 7, 2008

DERGOSITS & NOAH LLP

By: _____/s/_____
Michael E. Dergosits
Attorneys for Plaintiff
Peng Tan