**FILED**

MAY 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tan, | No. C 07-06166 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Integrated Silicon Solutions, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/6/08__

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __5/6/2008__

Mediator, George C. Fisher
Attorney At Law
2600 El Camino Real, Suite 410
Palo Alto, CA 94306

**Certification of ADR Session**
07-06166 WHA MED