MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
TEDDY K. JOE (State Bar No. 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 705-6377
Facsimile:   (415) 705-6383
email: mdergosits@dergnoah.com
email: tnoah@dergnoah.com
email: tjoe@dergnoah.com

Attorneys for PENG TAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENG TAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SILICON SOLUTION, INC., a Delaware corporation,<br><br>Defendant. | **Civil Action No:  C 07-06166 WHA**<br><br>**DECLARATION OF MICHAEL E. DERGOSITS IN SUPPORT OF PLAINTIFF PENG TAN'S OPPOSITION TO ISSI'S MOTION FOR SUMMARY JUDGMENT THAT ASSERTED CLAIMS OF U.S. PATENT NO. 4,682,857 ARE INVALID**<br><br>Date: June 5, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br><br>Honorable Judge Alsup |

I, Michael E. Dergosits, declare under penalty of perjury that the following is true and correct.

1.      I am a partner in the firm of Dergosits & Noah LLP, counsel for plaintiff Peng Tan. I submit this declaration in support of Mr. Tan's opposition to ISSI's Motion for Summary Judgment that the asserted claims of U.S. Patent No, 4,682,857 are invalid.

2. Attached hereto as Exhibit A is a true and correct copy of Peng Tan's Petition for Review by the United States Court of Appeals for the Federal Circuit of the USPTO Board of Patent Appeals and Interferences Decision on Request for Rehearing in Appeal No. 2006-3235, filed May 8, 2008.

DATED: May 15, 2008

By: _____
Michael E. Dergosits

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on May 15, 2008.

Dated: May 15, 2008             DERGOSITS & NOAH LLP


                                By:        /s/
                                    _____
                                    Michael E. Dergosits
                                    Attorneys for PENG TAN

DECLARTION OF MICHEL E. DERGOSITS IN SUPPORT OF PLAINTIFF PENG TAN'S OPPOSITION
CASE NO.: C 07-06166 WHA                                                                      3

# EXHIBIT A

Form 5

FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an Agency, Board, or Commission.

United States Court of Appeals for the Federal Circuit

___PENG TAN___, Petitioner or Appellant,

Board of Patent Appeals and Interference, v.    PETITION FOR REVIEW
Respondent or Appellee.

Appeal 2006-3235

PENG TAN hereby petition/appeal the court for review of the _Decision on Request for Rehearing_ (describe the order or decision and include decision number) of the _Board of Patent Appeals and Interference_ (name the agency, board, or officer) entered on _March 10_, _2008_ (date). The order or decision was received on _March 18_, _2008_ (date).

_Peng Tan_
(Signature of petitioner, appellant or attorney)
PENG TAN
7530 Circulo Sequoia,
Carlsbad, CA 92009
(Address and phone number of petitioner, appellant or attorney

5/8/08



*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

103