MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (State Bar No. 152328)
TEDDY K. JOE (State Bar No. 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 705-6377
Facsimile:   (415) 705-6383
email: mdergosits@dergnoah.com
email: tnoah@dergnoah.com
email: tjoe@dergnoah.com

Attorneys for PENG TAN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PENG TAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SILICON SOLUTION, INC., a Delaware corporation,<br><br>Defendant. | **Civil Action No:  C 07-06166 WHA**<br><br>**DECLARATION OF FRANK JUNG IN SUPPORT OF PLAINTIFF PENG TAN'S OPPOSITION TO ISSI'S MOTION FOR SUMMARY JUDGMENT THAT ASSERTED CLAIMS OF U.S. PATENT NO. 4,682,857 ARE INVALID**<br><br>Date: June 5, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br><br>Honorable Judge Alsup |

I, Frank Jung, declare under penalty of perjury that the following is true and correct.

1.    I reside in Wilton, California.  I received a BA degree in Physics from University California at Berkeley, a MS degree in Electrical Engineering from Cornell University, and a Ph.D. degree in Biophysics from University of Illinois at Urbana-Champaign.  In the mid 1980s, I worked for about three years at Hewlett-Packard and Advanced Micro Devices, Inc. ("AMD") as

1  a failure analysis engineer analyzing failed integrated circuits, and I employed the liquid crystal

2  hot spot detection methods described in Mr. Tan's U.S. Patent No. 4,682,857 ("the '857 patent").

3          2.      I am familiar with the inventions described in the '857 patent, and have previously

4  offered a declaration on behalf of Mr. Tan in connection with a previous action to enforce the

5  '857 patent against Advanced Micro Devices Inc. in the Northern District of California. I have

6  also submitted a declaration on behalf of Mr. Tan in connection with the reexamination of the

7  '857 patent. I have recently read the '857 patent as well as the original application for the '857

8  patent. In 1985, Mr. Tan personally explained and demonstrated to me the invention set forth in

9  claim 1 of the issued patent. I consider myself to have been familiar with the experience level of

10  failure analysis engineers who would be considered persons of ordinary skill in the art of using

11  liquid crystals for detecting hot spots on semiconductor devices in the mid-1980s, particularly

12  April 1985, when the application leading to the '857 patent was filed. The level of skill in the art

13  would have been a person with a Bachelors of Science in physics or electrical engineering, or

14  their equivalent, and with a couple of years experience in failure analysis of integrated circuit

15  devices. I submit this declaration in support of Mr. Tan's opposition to ISSI's Motion for

16  Summary Judgment that the asserted claims of U.S. Patent No, 4,682,857 are invalid.

17          3.      One of the scientific principles that is used in the '857 patent is heat transfer to and

18  from the die or wafer and the liquid crystal film that has been coated on the die or wafer. It is my

19  opinion that one of ordinary skill in the art of the '857 patent in April 1985 would have been

20  familiar with the principles of heat transfer applicable to this invention from their high school and

21  college science classes. I currently work as a Science specialist for Grant Charter School District,

22  in Sacramento County, California, where I develop high school science curriculums. I also teach

23  Physics at Futures High School in that district. In the high school Physics curriculum, students

24  learn that there are three basic forms of heat transfer that can be used to heat up or cool down an

25  object. Those three forms of heat transfer are conduction, convection and radiation. For high

26  school students who intend to major in physics or electrical engineering in college, the high

27  school recommends that they take high school physics, one of three laboratory courses that fulfill

28

1    the admission requirements for the University of California system.  While these are current

2    requirements, high school physics classes have taught conduction, convention and radiation since

3    before 1985.

4         4.    In my college freshman year at the University of California, Berkeley, I took

5    introductory Physics.  This course also taught that there were three principal ways of heating up

6    or cooling an object:  conduction, convection and radiation.

7         5.    Based upon my education, training and experience in the field of failure analysis

8    engineering, engineers who were skilled in the art of using liquid crystal to detect hot spots on

9    semiconductor die or wafer in April 1985 would have known from their own education, training

10   and experience that there were three types of heat sources available to them to heat and to cool

11   the liquid crystal film on the die or wafer to temperatures close to the phase transition temperature

12   of the liquid crystal:  (1) conductive heat transfer, e.g., a hot chuck, as described in the original

13   '857 patent specification including its reference to Fleuren, Reference No. 2; (2) radiative heat

14   transfer, e.g., lamps, as described in the '857 patent specification; and (3) convective heat

15   transfer.  In fact, the Fleuren reference discussed in the body of the original '857 patent

16   application expressly describes convective heat transfer when he states that "Softly blowing

17   proves to be a highly efficient means of additional surface temperature control."  I have also

18   attached as Exhibit A a brochure for a convective heat transfer device sold by Temptronics for

19   use in testing electrical components such as wafers and dies by heating them to controlled

20   temperatures that was available before April 1985.  There is no doubt in my mind that the

21   applicability of these three heat transfer techniques to the variable temperature control method

22   described in the original '857 patent specification would have been known to a failure analysis

23   engineer in the April 1985 time period.

24        6.    I have read the original patent application document that was filed in 1985, and

25   which led to the '857 patent.  In the '857 patent specification, Mr. Tan referred to a prior art

26   constant temperature technique that involved the use of a hot chuck, in particular, Fleuren.  The

27   patent specification as filed describes using radiative heating lights to heat the liquid crystal film

28

and integrated circuit. In describing the technique for detecting hot spots using a liquid crystal, Mr. Tan makes reference to radiant heat lamps powered by power supplies. The operation of the heating lamps according to the techniques described on pages 8-11 involves heating the liquid crystal film to beyond the liquid crystal phase transition temperature. Mr. Tan also describes methods of operating the heating system to turn the power supply on and off to bring the liquid crystal film and die infinitesimally close to the phase transition temperature. While this description is being made with reference to the operation of the radiant heat lamps as the heating system, one of ordinary skill in the art would have read this and readily realized that conductive heat transfer and convective heat transfer could also be used as the heat source.

7.     In my opinion, one of the key aspects of Mr. Tan's claimed invention is bringing the liquid crystal film temperature across the liquid crystal phase transition temperature in accordance with the profile set forth in Fig. 2 of the '857 patent. This is accomplished by performing steps (b) and/or (c) of claim 1. One of ordinary skill in the art would recognize that this process of bringing the temperature of the liquid crystal film above the phase transition temperature could be accomplished by a conductive, convective or radiative heat transfer process.

8.     It is my opinion that a person having ordinary skill in the art of this invention would have recognized from reading the '857 patent specification and drawings as originally filed in 1985, and from their knowledge of the state of the art, that the inventive new process of operating the device for heating in a varying temperature control method by turning it on and off to allow the liquid crystal temperature to rise beyond and then drop below the phase transition temperature could be accomplished by the use of radiative heat source, a conductive heat source, and a convective heat source. In particular, the '857 patent specification's disclosure of the conductive hot chuck and the radiant heat lamps, coupled with the discussion of turning the heat source on and off, would have caused a person having ordinary skill in the art at the time the application was filed in 1985 to recognize that a convective heat source could also be used in this method since a convective oven was known to be equivalent to the radiative heating lights and conductive hot chucks disclosed in the original application. One skilled in the art would

1    understand that Mr. Tan's infinitesimal temperature control method contemplated the use of

2    radiant, conductive and convective heating methods and structures so long as such methods and

3    structures were used to bring the temperature above and below the phase transition temperature.

4

5    Dated: May 14, 2008

                                                    Frank Jung

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

3       The undersigned hereby certifies that all counsel of record who are deemed to have

4   consented to electronic service are being served with a copy of this document via the Court's

5   CM/ECF system per Civil L. R. 5-6 on May 15, 2008.

6

7   Dated: May 15, 2008                    DERGOSITS & NOAH LLP

8

9                                    By:    _____/s/_____
10                                          Michael E. Dergosits
                                            Attorneys for PENG TAN
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Copyright 1983

by



**TEMPTRONIC**
CORPORATION

55 Chapel Street, Newton, MA 02158
Telephone (617) 969-2501
Telex: 200-119 TEMP UR

ALL RIGHTS RESERVED

The text of this publication, or any part thereof, may not be
reproduced or transmitted in any form or by any means,electronic
or mechanical, including photocopying, recording, storage in an
information retrieval system, or otherwise, without the prior
written permission of the publisher.

APPENDIX B

PHYSICAL PRINCIPLES OF THERMOSTREAM SYSTEMS


B.1   INTRODUCTION

Temptronic ThermoStream systems are precision tools. As is
the case with all precision tools, they can be used to maximum
benefit only if certain fundamental physical principles concerning
their operation are fully considered by the user.

Following is a brief discussion concerning the important
physical principles as they relate to ThermoStream usage.

B.2   TEMPERATURE CONTROL

Temptronic ThermoStream systems provide temperature con-
trolled gas which can be conveniently used to provide test
ambients at specific temperatures. It is important to remember
that the test specimen is outside the ThermoStream temperature
control loop and its temperature is controlled only secondarily
by the ThermoStream air.

B.3   HEAT TRANSFER

A ThermoStream transfers heat to and from a test specimen
by forced air convection. Heat transfer requires time; thus test
specimen temperature changes will always lag ThermoStream air
temperature changes, as is illustrated graphically in Figure B-1.

Various test system variables affect the test specimen
stabilization temperature and the time required to reach this
stabilization temperature. The most significant of these variables
are:

-63-



Figure B-1.   ThermoStream air temperature and test
specimen temperature vs time.

1.   The temperature difference between the ThermoStream air
and the test specimen continually changes until the test specimen
reaches a stabilization temperature.

The greater the value of $\Delta T_1$, the greater will be the forced
convective heat transfer rate and the shorter will be the time
for the test specimen to reach a stabilization temperature.   Thus
when $\Delta T_1$ is large, the test specimen temperature will change more
rapidly than when $\Delta T_1$ is small.

2.   The temperature difference between the test specimen and
the room ambient temperature $\Delta T_2$ continually increases until the
test specimen reaches a stabilization temperature.   The greater
the value of $\Delta T_2$ the greater will be the heat transfer losses to
or from the test specimen and the longer the time will be to
reach stabilization.

-64-

3.  The largest heat transfer loss from the test specimen is via <u>thermal conduction</u> from the test specimen through its mounting to the room ambient temperature zone.  This can be minimized through selection of low thermal conductivity materials, long thermal conduction paths, and small thermal conduction path areas.

4.  The greater the <u>mass</u> in the test zone, the longer will be the time necessary to change its temperature between two limits. Though the test specimen mass is normally fixed, the masses of the fixturing in the test zone may be designed to minimize mass.

5.  The greater the <u>specific heat</u> of the mass in the test zone, the longer the time will be to change its temperature between two limits.  Specific heats of any fixturing in the test zone may be minimized through careful selection of low specific heat materials.

6.  The better the <u>thermal coupling</u> between the temperature controlled air and the test specimen, the shorter will be the time required to change the test specimen temperature between two limits and the smaller the temperature difference will be between the test specimen and the air stream at temperature stabilization. In general, thermal coupling is maximized through fixturing which permits the maximum percentage of temperature controlled air to impinge on the test sample rather than being wasted in transferring heat to or from masses that do not require temperature control.

B.4  HIGH AND LOW TEMPERATURE CONSIDERATIONS

In using a ThermoStream to achieve temperatures in test specimens, the user must have fixturing which will limit high and low temperatures to a well-defined test zone so that temperature-sensitive parts of the remainder of the test setup are not damaged. This can be accomplished through fixture design incorporating long thermal paths through small areas of low thermal conductivity materials and by baffling to limit the high and low temperature air to only the test zone.

-65-

## B.5  DEW POINT CONSIDERATIONS

In addition to the temperature considerations of the previous paragraphs, the user must apply a ThermoStream in a manner which will prevent or minimize condensation of moisture.  Within the test zone, the air has a moisture content with a dew point below the temperature capability of a ThermoStream and no condensation will occur.  Outside the test zone, however, condensation will occur if the temperature is below the dew point temperature of the ambient air.  Where condensation can damage other parts of the test system, it must be minimized by 1) limiting times at low temperatures so that a damaging amount of condensation does not have sufficient time to form, or 2) by maintaining temperatures above the dew point by limiting thermal conduction (see paragraph B.4), and/or 3) by heating the subject areas.

APPENDIX C

UTILIZATION OF SILICONE FOAM INSULATION KIT


An insulation kit is supplied with each ThermoStream system. This kit is comprised of three sheets of silicone foam material (12x12x1/8, 12x12x1/4, and 12x12x1/2) and a tube of RTV adhesive. Proper application of these materials offers the user a simple and economical solution to the thermal interface problems created by the -60°C to +160°C environment within the test chamber.

A general problem encountered in the testing of components at both reduced and elevated temperatures is that of diminishing the heat transfer from the device under test within the chamber to the external test equipment. Since thermal conductivity is the mode of appreciable heat transfer, it is obvious that the use of materials which have low thermal conductivity is desirable.

Another form of heat transfer which must be considered is that of forced convection which occurs as a result of the gas flow turbulence inside the test chamber. Forced convection can be minimized so as to be negligible by sealing any gas leakage paths within the tester interface.

Silicone foam in sheet form combines the property of low thermal conductivity with the added features of elasticity and the ease with which it may be cut to fit snugly around a given component configuration, thereby forming a seal to minimize heat transfer due to forced convection.

Low-temperature testing presents the additional problem of possible condensation and/or icing at the tester interface. Due to the low dew point (less than -80°C) of the supply gas, condensation within the test chamber is not a problem. However,

-67-

thermal conduction and forced convection may cause condensation to appear on the cables and/or interconnecting devices to the test equipment which are normally located in a room environment having dew points in the order of 15°C. For those test procedures which require abbreviated soak times at reduced temperatures, condensation is minimal or nonexistent. However, long-term testing at reduced temperatures may require that additional precautionary measures be taken to prevent condensation, especially where the measurements of low-level voltages and currents are involved. Such precautions may simply require the use of additional silicone foam insulation or, in extreme cases, require that the area exhibiting condensation be flushed with room air or dry gas (e.g., nitrogen).

There is no universal solution to the thermal problems which may occur due to the variations in component geometry, the temperature range, and the soak times required for a specific test. However, the readily available and comparatively low cost silicone foam and RTV adhesive offer the user an effective interface solution to the majority of thermal problems. The user is encouraged to make use of the insulation kit to provide an economical alternative to that of an expensive dedicated interface. In the case of a specific application where the temperature range and soak time is defined, the Temptronic engineering staff would welcome the opportunity to assist the ThermoStream user in the design of a custom interface.

A typical design of an interface using the silicone foam insulation kit is shown in Figure C-1.



Figure C-1.  Typical foam/board assembly.

APPENDIX D

MINIMIZING TEST SPECIMEN TEMPERATURE STABILIZATION TIMES


This Appendix outlines techniques that have proven helpful in shortening the time necessary to bring a test specimen to a stable test temperature and thus to increase the testing through-put.  All the techniques discussed are applications of the physical principles discussed in Appendix B.

The following discussion includes both an explanation of each technique and ThermoStream test results of some of the techniques that illustrate the effect of applying each technique.

D.1  MINIMIZING THE TEST ZONE VOLUME

The glass thermocap supplied with a TP450 ThermoStream System has a volume of approximately 40 cubic inches.  Yet a typical test specimen may have a substantially smaller volume.  Normally, it is necessary to bring only the test specimen and the test fixturing to the test temperature.  Thus, the provision of a small chamber which contains only these elements within the thermocap will reduce the volume and mass which are brought to temperature and should substantially reduce the time required for the test specimen to reach a stabilized test temperature, and should also reduce the difference between the ThermoStream air temperature and the test specimen stabilized test temperature.

To illustrate the validity of the above, a 40-pin ceramic DIP was tested, first using a TP450 system as manufactured and then repeating the test after enclosing the component and socket in a 1-inch x 5/8-inch x 2-3/4-inch plastic box.  The bottom of the box was open to go over the component and socket, and the ThermoStream

-70-

nozzle was projected through the top of the box. A thermocouple soldered to the bottom of the component was used to measure component temperature. The results are given in Table D-1.

Table D-1.  Results of tests using a reduced test zone volume.

| Condition | Component Temperature Change | Thermo-Stream Air Temperature | Component Stabilization Temperature | Time in Seconds for Component to Reach Stabilization Temperature $\pm 1^{\circ}C$ |
|-----------|------------------------------|-------------------------------|-------------------------------------|-------------------------------------------------------------------------------|
| Without Inner Chamber | $+25^{\circ}C$ to $-55^{\circ}C$<br>$+25^{\circ}C$ to $+125^{\circ}C$ | $-59^{\circ}C$<br>$+129^{\circ}C$ | $-55^{\circ}C$<br>$+125^{\circ}C$ | 186<br>202 |
| With Inner Chamber | $+25^{\circ}C$ to $-55^{\circ}C$<br>$+25^{\circ}C$ to $+125^{\circ}C$ | $-56^{\circ}C$<br>$+126^{\circ}C$ | $-55^{\circ}C$<br>$+125^{\circ}C$ | 100<br>80 |

D.2  USE OF TWO TEMPERATURE TEST SEQUENCE

The greater the difference between the ThermoStream air temperature and the test specimen temperature, the higher the rate of heat transfer between the two. Also, the greater the rate of heat transfer, the faster the temperature of the test specimen will change.

Thus, when a ThermoStream is used to change a test specimen temperature, a maximum rate of temperature change is achieved if the following sequence is followed:

1.  Set the temperature controlled gas to a safe (to test specimen) temperature beyond the control temperature desired.

2.  Maintain the gas temperature set in step 1 until the test specimen reaches the control temperature.

3.  Change the gas temperature to the temperature necessary to maintain the test specimen at the control temperature.

Using the test setup described in Section D.1 (with the inner chamber in place), the results given in Table D-2 were achieved and illustrate the "Two Temperature Test Sequence."

Table D-2.  Results of Two Temperature Test Sequence.

| Component Temperature Change | Step 1 Set Temperature | Step 2 Set Temperature | Time in Seconds for Component to Reach Stabilization Temperature $+1^{O}C$ |
|---|---|---|---|
| $+25^{O}C$ to $-55^{O}C$ | $-65^{O}C$ | $-56^{O}C$ | 92 |
| $+25^{O}C$ to $+125^{O}C$ | $+150^{O}C$ | $+126^{O}C$ | 50 |

It should be noted that these results exhibit a further improvement over the results of Section D.1.

D.3  FIXTURE PRESOAK

When testing at temperatures above the ambient air dew point temperature, the time necessary to change the test specimen temperature to the test temperature can be shortened if the fixturing in the test zone is left at the test temperature rather than returned to room temperature after each test.  In this mode of operation, only the test specimen temperature requires changing and thus the temperature stabilization time can be shortened. Results of tests conducted in this manner are given in Table D-3.

Table D-3.  Results of tests in which test fixturing remained at test temperature.

| Component Temperature Change | Socket Temperature at Start of Test | Step 1 Set Temperature | Step 2 Set Temperature | Time in Seconds for Component to Reach Stabilization Temperature $+1^{O}C$ |
|---|---|---|---|---|
| +25 to $125^{O}C$ | $+125^{O}C$ | $126^{O}C$ | $126^{O}C$ | 26 |
| +25 to $125^{O}C$ | $+125^{O}C$ | $150^{O}C$ | $126^{O}C$ | 15 |

## D.4 PRESOAK

When testing specimens at temperatures above the dew point temperature of the ambient air, large groups of specimens can be held near the test temperature in a temperature chamber and transferred singly to the ThermoStream temperature controlled zone for testing at an accurate controlled test temperature. This will shorten the time necessary to bring the specimen to the test temperature.



### NOTE

The modes of operation described in Sections D.3 and D.4 may be possible at some test temperatures below room temperature. However, condensation of moisture on the cold test fixture may preclude these modes of operation, or it may limit their use to a small number of cycles. Users will have to determine by electrical test in their specific applications if these are viable operating modes.

APPENDIX E

TEST SPECIMEN TEMPERATURE MEASUREMENT


This appendix discusses techniques of attaching thermocouples to test specimen cases.  Proper thermocouple attachment is necessary for accurate temperature measurements, which in turn are necessary to determine test specimen temperature stabilization times (see Appendix D).

When mating test specimen thermocouples, do not use thermocouple wire thicker than No. 36 gauge (0.005 inch/0.013 mm). Thicker wires will conduct excessive heat between the test specimen and the ambient, resulting in inaccurate temperature measurements. The following examples show methods for thermocouple attachment to solderable and nonsolderable test specimens.




<u>Unsatisfactory</u>

Measures temperature at "A"
(Wires first join at "A")



<u>Improvement No. 1</u>

Measures temperature at surface but thermocouple wire may conduct some heat from or to ambient.

-74-







## Improvement No. 2

Thermocouple wire is in contact with the surface to be measured for a length of at least 30 times the diameter of the thermocouple wire.

## Alternative No. 1

Where soldering to the surface is either impossible or undesirable, a thin copper plate and a film of thermal grease act as a thermal path between thermocouple junction and component surface.

## Alternative No. 2

Adhesive-backed thermocouple assemblies are available that meet the criteria for accurate temperature measurements. Examples of such thermocouples are given in Appendix F.

-75-

# APPENDIX F

## MINIATURE THERMOCOUPLES
## FOR  SURFACE TEMPERATURES



# MINIATURE ZIG/ZAG THERMOCOUPLES
## FOR SURFACE TEMPERATURES
### TC-2345 SERIES



TC-2345-P

TC-2345-D

| TYPICAL APPLICATIONS |
| --- |
| Surface Temperatures in the<br>**ELECTRONICS INDUSTRY . . .**<br>Transistors<br>Diodes<br>IC Packages<br>Switches<br>Solenoids<br>Components<br>In the<br>**PROCESS INDUSTRY . . .**<br>Pipelines<br>Boilers<br>Heaters<br>Extruders<br>Motors<br>Generators |

See PD-546-1 for Additional
ZIG/ZAG Thermocouples

*Featuring* . . . .

✗ SMALL IN SIZE

✗ EASILY ATTACHED TO SMALL SURFACES

✗ FROM -320°F TO +850°F

✗ FAST RESPONSE - HIGH ACCURACY

✗ FINGER-TIP MOUNTING

✗ AVAILABLE FOR TYPES J, K, T, & E

✗ "NO-LIE" JUNCTION

PD-546A

## SPECIFICATIONS

| | LO-TEMP<br>Encased in Kapton | VERY HI-TEMP<br>Encased in Ceramic |
|---|---|---|
| **MINIATURE ZIG/ZAG THERMOCOUPLE CONSTRUCTION** | KAPTON    WELD JUNCTION    KAPTON (Adhesive Coated) | CERAMIC    WELD JUNCTION    CERAMIC |
| **MODEL NUMBER** | TC-2345 – D – □ – □ – □ | TC-2345 – P – □ – □ – □ |
| **TEMPERATURE RANGE** | -320° F to +350° F | -150° F to + 850° F |
| **RESPONSE TIME** | 20 milliseconds | 50 milliseconds |
| **ACCURACY** | Meets ISA Standard limits of error | Meets ISA Standard limits of error |
| **INSTALLATION** | Mounts on any metallic or non-metallic surface. Not for use in a vacuum. | Mounts on any metallic or non-metallic surface. Not for use in a vacuum. |
| **T/C LEADWIRE** | 6 inches of Fiberglass sleeved thermocouple wire is supplied. | 6 inches of Fiberglass sleeved thermocouple wire is supplied. |
| **OPTIONAL LEADWIRE** | For longer leads, 28 AWG FEP - Teflon is permanently joined to TC wire. | Optional 28 AWG Fiberglass insulated leadwire may be specified, permanently joined to the T/C wire. |
| **MOUNTING** | STICK IT ON . . . .<br>Special pressure sensitive silicon adhesive backing. Remove paper backing and mount to any clean surface. | CEMENT IT ON . . . .<br>Commercially available "Sauereisen # 1," general purpose cement is recommended for most applications. |

## ORDERING INFORMATION

| | | |
|---|---|---|
| **PATCH SIZE**<br>1st dash | D 1/4" x 1/4" x .015" | P 3/16" x 3/16" x .032" |
| **THERMOCOUPLE TYPE**<br>2nd dash | E Chromel/Constanten<br>J Iron/Constantan<br>K Chromel/Alumel<br>T Copper/Constantan | E Chromel/Constantan<br>J Iron/Constantan<br>K Chromel/Alumel |
| **THERMOCOUPLE WIRE SIZE**<br>3rd dash | 3  3 mil<br>5  5 mil | 3 3 mil<br>5 5 mil |
| **OPTIONAL LEADWIRE**<br>4th dash | □ Specify in inches.<br>Leadwire is permanently attached to the T/C wire. | □ Specify in inches.<br>Leadwire is permanently attached to the T/C wire. |
| **EXAMPLE:** | TC-2345 – P – K – 5 – 72 | 3/16" x 3/16" Hi-Temp patch, Type K, 5 mil T/C wire, 72 inch leads. |

The ZIG/ZAG Thermocouple provides true surface temperature measurements. Normally a thermocouple extracts heat from the point of measurement through the leadwires. This conduction process has a cooling effect on the thermocouple junction, resulting in erroneous readings. The unique configuration of the ZIG/ZAG thermocouple prevents this condition. The ZIG/ZAG is heated to the same temperature as the surface to which it is attached, independent of the junction, to insure against temperature losses.



## TEMPERATURE INSTRUMENTATION FOR INDUSTRY
# HY-CAL ENGINEERING
### 12105 LOS NIETOS ROAD, SANTA FE SPRINGS, CALIFORNIA 90670
### PHONE (213) 698-7785

PD-546A

APPENDIX G

THERMOSTREAM MINI-CHAMBER APPLICATION NOTE

G.1. General

  While Temptronic Corporation ThermoStream$^R$ systems are designed principally for testing electronic components at temperature, they can also be used to test small printed circuit boards and other small, low mass, oddly shaped assemblies at temperature.

  To use a ThermoStream$^R$ for PCB testing, the user requires only a very simple enclosure accessory which can be contructed, of easily available materials, using hand tools. This application note covers the technical matters which should be considered in this construction.

G.2. Technical Considerations

  a. The greater the mass of the assembly under test, the longer the time necessary for this assembly to reach the desired test temperature. We recommend that assemblies with masses no greater than eight (8) oz. be tested using a ThermoStream$^R$.

  b. The larger the test assembly (and thus the larger the test chamber), the larger will be the temperature gradient across the test assembly. A 6" x 6" PC card is the recommended upper size limit.

  c. The test chamber volume should be kept low, consistent with room for air circulation around the test assembly. One-half inch of space on all sides of the test assembly is sufficient - more space may be detrimental as it will increase the system thermal loading.

  d. The test chamber should be constructed using low thermal conductivity materials to minimize losses.

  e. If possible, the test chamber should be contructed entirely of insulating material with no internal or external cover material. This will provide a chamber of low mass and low specific heat to minimize temperature excursion times.

f. Test chamber material should be chosen to withstand the test tempera-
tures.

G.3.  Chamber Construction

The attached sketch no. SK 575 (page -82-) shows the essential construction
details for a typical printed circuit card temperature test chamber.

Following are materials which conform to the technical considerations men-
tioned above which can be used for chamber construction.

| Temperature Range | Material | Adhesive | Source |
|---|---|---|---|
| -60°C to +70°C | Styrofoam Sheet[1] | White Glue | Lumber yard |
| -60°C to +100°C | Polyethelene Foam Sheet | Contact Cement | Packing material supplier |
| -60°C to +100°C | Elastomeric Sheet Insulation | Contact Cement | Refrigeration supply house |
| -60°C to +135°C | High Temperature Polyurethane Foam | Contact Cement | Foam Insulation suppliers (e.g. Eccofoam SH Emerson & Cummings Canton, MA  02021) |
| -60°C to  +200°C | Silicon Rubber[2] Foam Sheet | RTV Silicone Rubber Adhesive Sealant | Temptronic Corp. |

[1]  For better durability, this material should be coated with an epoxy coating
material (e.g. Eccoat 729 from Emerson & Cummings, Inc., Canton, MA  02021).

[2]  Because of its relatively high price and lack of rigidity, this material should
only be used as a chamber liner for high temperature testing.

    1/2" thick with Styrofoam
    3/8" thick with polyethylene and elastomeric sheet foams
    1/4" thick with polyurethane foam

G.4.  Typical Chamber Test Results

A 6 1/2" H x 8 1/2" W x 3" D (outside dimensions) chamber was constructed
using polyethylene foam according to the construction details of SK 575. This
chamber was attached to a standard TP450A  and used to test a 3 1/2" x 5" PC card

which weighed four (4) oz.

### PC Card Temperature Excursion Times in °C

$-85°C \longrightarrow -47°C$ :   5 min. 30 sec.

$-47°C \longrightarrow +85°C$ :   3 min. 30 sec.

### Temperature Gradient Across the Card

At +85°C          :   ± 2°C

At -47°C          :   ± 2°C

A   P.C. CARD DEPTH +1"
B   P.C. CARD WIDTH +1"
C   P.C. CARD HEIGHT +.5"
D   A FRICTION FIT IN THERMOCAP
    (5"OD FOR TP40,TP450 AND 5.125 OD
    FOR TP42,TP452)

NOTE:  RIGID INSULATION MATERIALS MAY REQ.
       A WRAP OF A MORE FLEXIBLE MATERIAL
       TO PROVIDE THE FRICTION FIT OF
       DIMENSION D

P.C. CARD SOCKET

B+2"

A+2"

1.5"TYP.

1"

1"TYP.

2.5 DIA. THRU

D

2.5

.50

C

A

B

.25 DIA. BOTH
SIDES



**TEMPTRONIC CORP.**

REVISIONS

| ZONE | LTR | DESCRIPTION | DATE | APPROVED |
|------|-----|-------------|------|----------|

| UNLESS OTHERWISE SPECIFIED | | CONTRACT NO. | | | |
| DIMENSIONS ARE IN INCHES | | | | | |
| TOLERANCES ARE | APPROVALS | DATE | | |
| FRACTIONS DECIMALS ANGLES | DRAWN H.OBRIEN | 3-10-90 | | |
| .XX ± .XXX ± | CHECKED Y.O. | 3-16-90 | | |
| MATERIAL | SEE APPL. NOTE | | | |
| FINISH | | | | |

FOR THERMO STREAM MINI
CHAMBER APPLICATION NOTE

SIZE **B**   CODE IDENT NO.   DRAWING NO. **SK 575**

SCALE     SHEET 1 OF 1

DO NOT SCALE DRAWING

APPLICATION     NEXT ASSY     USED ON