Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       rfinley@beckross.com
       jduggan@beckross.com

David C. Hsia (Cal. State Bar No. 197391)
Carmen C. Cook (Cal.. State Bar No. 197708)
Patent Law Group LLP
2635 N. First Street, Suite 223
San Jose, California 95134
Telephone: (408) 382-0480
Facsimile: (408) 382-0481
Email: david@patentlawgroup.com
       carmen@patentlawgroup.com

Attorneys for Defendant and Cross Claimant
Integrated Silicon Solution, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, an individual., <br><br> Plaintiff, <br><br> INTEGRATED SILICON SOLUTIONS, INC. et. al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | **Case No. C-07-06166 WHA** <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> Honorable Judge Alsup |

1  The Court, having reviewed Defendant's request for leave to file motion for
2  reconsideration, hereby rules as follows:  The request is GRANTED.  The contemplated motion
3  for reconsideration is to be filed ___ days from the date this order is filed.  Any opposition is due
4  ___ days from the date this order is filed, and reply papers are due ___ days from the date this
5  order is filed.  Hearing is set for _____, 2008 at _____.

7  IT IS SO ORDERED.

9  Dated: _____           _____
                                          William Alsup
10                                        United States District Judge

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900