**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENG TAN,

    Plaintiff,

v.

INTEGRATED SILICON SOLUTIONS,

    Defendant.

No. C 07-06166 WHA

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

    Defendant's motion for reconsideration is **DENIED**. The specific grounds cited by defendants in their motion for reconsideration have already been expressly considered by the order granting in part and denying in part defendant's motion for summary judgment (Dkt. 44). As stated in that order, defendants have failed to show the absence of a genuine issue of material fact. The Court, however, mistakenly excluded claim 1 from the analysis. But, for the same reasons set forth in the order, summary judgment as to claim 1 is also denied. This decision is without prejudice to a renewed motion brought on a more fully-developed record.

    **IT IS SO ORDERED.**

Dated: June 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE