MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (STATE BAR NO. 152328)
TEDDY K. JOE (State Bar No. 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
         tnoah@dergnoah.com
         tjoe@dergnoah.com

Attorneys for Plaintiff PENG TAN

Carmen C. Cook (State Bar No. 197708)
**Patent Law Group LLP**
2635 N. First Street, Suite 223
San Jose, CA 95134
Tel: (408) 382-0480
Fax: (408) 382-0481
Email: carmen@patentlawgroup.com

Attorneys for Defendant
INTEGRATED SILICON SOLUTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| PENG TAN, | Case No. Civ. 07-6166 (WHA) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER PURSUANT TO CIVIL L.R. 16-2(e) RE: CONTINUANCE OF CLAIM CONSTRUCTION BRIEFING AND HEARING SCHEDULE** |
| INTEGRATED SILICON SOLUTIONS, INC. | |
| Defendant. | |

On March 24, 2008, the Court ordered the following dates for the claim construction proceedings:

| Event | Date |
|---|---|
| Last Day for TAN's Opening Claim Construction Brief | June 18, 2008 |

| Event | Date |
|---|---|
| Last Day for ISSI's Opposing Claim Construction Brief | July 2, 2008 |
| Last Day for TAN's Reply Claim Construction Brief | July 9, 2008 |
| Tutorial | July 16, 2008 at 1:30 P.M. |
| Claim Construction Hearing | August 6, 2008 at 1:30 P.M. |

The parties have reached a settlement in principle of the claims in this action and have agreed to continue the claim construction briefing and hearing schedule for two weeks in order to enable the parties to finalize a written settlement agreement.

IT IS HEREBY STIPULATED by and between the parties that, subject to approval by the Court, the following dates shall be adjusted and shall apply in this case:

| Event | Proposed Date |
|---|---|
| Last Day for TAN's Opening Claim Construction Brief | July 2, 2008 |
| Last Day for ISSI's Opposing Claim Construction Brief | July 16, 2008 |
| Last Day for TAN's Reply Claim Construction Brief | July 23, 2008 |
| Tutorial | August 6, 2008 at 1:30 P.M. (subject to Court's calendar) |
| Claim Construction Hearing | August 20, 2008 at 1:30 P.M. (subject to Court's calendar) |

1

2         IT IS SO STIPULATED.

3

4    Dated: June 17, 2008                    DERGOSITS & NOAH LLP

5

6                                            By:  ___/s/  Todd A. Noah_____
                                                    Todd A. Noah
7

8                                            Attorneys for Plaintiff
                                             PENG TAN
9

10

11   Dated: June 17, 2008                    PATENT LAW GROUP LLP

12

13                                           By:  ___/s/  Carmen C. Cook_____
                                                    Carmen C. Cook
14

15                                           Attorneys for Defendant
                                             INTEGRATED SILICON SOLUTIONS, INC.
16

17

18         PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   Dated: June ___, 2008                   _____

20                                           THE HONORABLE WILLIAM H. ALSUP
                                             UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28