**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEGRATED SILICON SOLUTIONS,<br><br>    Defendant.<br>                                           / | No. C 07-06166 WHA<br><br>**ORDER RE STIPULATION TO CONTINUE CLAIM CONSTRUCTION BRIEFING** |

    The Court has received the parties' stipulation to continue claim construction briefing. Unfortunately, it has been the Court's experience that settlements have a tendency to fall apart. Accordingly, the parties' stipulation to continue is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 19, 2008.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE