MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (STATE BAR No. 152328)
TEDDY K. JOE (State Bar No. 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
       tnoah@dergnoah.com
       tjoe@dergnoah.com

Attorneys for Plaintiff and Counter-defendant
PENG TAN

Carmen C. Cook (State Bar No. 197708)
**Patent Law Group LLP**
2635 N. First Street, Suite 223
San Jose, CA 95134
Tel: (408) 382-0480
Fax: (408) 382-0481
Email: carmen@patentlawgroup.com

Attorneys for Defendant and Counter-claimant
INTEGRATED SILICON SOLUTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, | Case No. Civ. 07-6166 (WHA) |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| INTEGRATED SILICON SOLUTIONS, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Peng Tan and Integrated Silicon Solution, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this entire action be dismissed with prejudice pursuant to FRCP 41(a) and the terms of the Parties' June 11, 2008 Settlement Agreement. Each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: June 24, 2008                    DERGOSITS & NOAH LLP


By:    /s/  Todd A. Noah
       Todd A. Noah

Attorneys for Plaintiff and Counter-defendant
PENG TAN


Dated: June 24, 2008                    PATENT LAW GROUP LLP


By:    /s/  Carmen C. Cook
       Carmen C. Cook

Attorneys for Defendant and Counterclaimant
INTEGRATED SILICON SOLUTION, INC.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Carmen C. Cook.

/s/ Todd A. Noah


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2008
                                        _____
                                        THE HONORABLE WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT COURT JUDGE