MICHAEL E. DERGOSITS (State Bar No. 118206)
TODD A. NOAH (STATE BAR NO. 152328)
TEDDY K. JOE (State Bar No. 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
          tnoah@dergnoah.com
          tjoe@dergnoah.com

Attorneys for Plaintiff and Counter-defendant
PENG TAN

Carmen C. Cook (State Bar No. 197708)
**Patent Law Group LLP**
2635 N. First Street, Suite 223
San Jose, CA 95134
Tel: (408) 382-0480
Fax: (408) 382-0481
Email: carmen@patentlawgroup.com

Attorneys for Defendant and Counter-claimant
INTEGRATED SILICON SOLUTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG TAN, <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRATED SILICON SOLUTIONS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. Civ. 07-6166 (WHA) <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Peng Tan and Integrated Silicon Solution, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this entire action be dismissed with prejudice pursuant to FRCP 41(a) and the terms of the Parties' June 11, 2008 Settlement Agreement. Each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: June 24, 2008

DERGOSITS & NOAH LLP

By: /s/ Todd A. Noah
      Todd A. Noah

Attorneys for Plaintiff and Counter-defendant
PENG TAN

Dated: June 24, 2008

PATENT LAW GROUP LLP

By: /s/ Carmen C. Cook
      Carmen C. Cook

Attorneys for Defendant and Counterclaimant
INTEGRATED SILICON SOLUTION, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Carmen C. Cook.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 30, 2008

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE